B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Women's Gym DBA Thousand Waves Spa** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-3362557** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1212 W. Belmont Ave.**<br>**Chicago, IL**                    ZIP Code **60657** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1053**<br>**Morton Grove, IL**                    ZIP Code **60053** | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**The Women's Gym DBA Thousand Waves Spa** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**The Women's Gym DBA Thousand Waves Spa**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Eric T. Perry**
Signature of Attorney for Debtor(s)

**Eric T. Perry 6197568**
Printed Name of Attorney for Debtor(s)

**Law Offices of Eric t. Perry**
Firm Name

**725 E. Dundee Road - Suite 204**
**Arlington Heights, IL 60004**

_____
Address

**Email: perry1013@att.net**
**(847) 465-0007  Fax:  (847) 278-8444**
Telephone Number

**July 25, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jennifer Gunnerson**
Signature of Authorized Individual

**Jennifer Gunnerson**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**July 25, 2014**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **The Women's Gym DBA Thousand Waves Spa**                      ,     Case No. _____

                                Debtor

    Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 10,599.52 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 5,846.16 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 203 | | 92,412.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 212 | | | |
| Total Assets | | | 10,599.52 | | |
| Total Liabilities | | | | 98,258.32 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    The Women's Gym DBA Thousand Waves Spa
_____,    Case No. _____
Debtor

Chapter _____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **The Women's Gym DBA Thousand Waves Spa**                          ,        Case No. _____
                                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |

**_0_** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **The Women's Gym DBA Thousand Waves Spa**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **J.P.  Morgan Chase Bank Account # 722467909** | - | 10,299.52 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **10,299.52**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**         ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **0.00**

(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,   Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Client List of 15,225 names, addresses, phone numbers, emails.** | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **3 computers, 3-in-one printer, 5 telephone handsets.** | - | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >   **300.00**
(Total of this page)

Total >   **10,599.52**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **The Women's Gym DBA Thousand Waves Spa**                          ,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

   State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | | |
| | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13)

.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                      ,        Case No. _____
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Jennifer Gunnerson** **7445 Davis St.** **Morton Grove, IL 60053** | - | | **Salary** | | | | 5,846.16 | 0.00 | 5,846.16 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 5,846.16 | 0.00 5,846.16 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 5,846.16 | 0.00 5,846.16 |

B6F (Official Form 6F) (12/07)

In re    **The Women's Gym DBA Thousand Waves Spa**                          Case No. _____

‚

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Aaron Mejia 2836 W. Marquette Road CHICAGO, IL 60629** | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| **Aasia Mohammad 3001 N Kostner Chicago, IL 60641** | | | | | | | 90.00 |
| Account No. | | | | | | | |
| **Abby Melendrez 4640 N. Paulina, #C CHICAGO, IL 60640** | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| **Abigail Murphy 1420 W. Foster #1 Chicago, IL 60640** | - | | | | | | 90.00 |
| _**202** continuation sheets attached | | | | Subtotal (Total of this page) | | | 360.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,   Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Adair Galster 1442 W PENSACOLA AVE Chicago, IL 60613 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Adair Galster 1442 W PENSACOLA AVE Chicago, IL 60613 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Adam Brosch 2841 N. Wolcott Ave. #A Chicago, IL 60657 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Adriana Botic 808 Santa Barbara Street #5 Pasadena, CA 91101 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Aida Derat 1841 S Throop Chicago, IL 60608 | - | | | | | | 90.00 |

Sheet no. __1__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **The Women's Gym DBA Thousand Waves Spa**                                    ,          Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Aileen Geary** **1411 W. Farwell, #K1** **Chicago, IL 60626** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Alan Basque** **3526 N Paulina St** **Chicago, IL 60657** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Alecia Lotysz** **2519 N Saint Louis** **CHICAGO, IL 60647** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Alejandro DeLao** **4208 N Albany Unit 1F** **Chicago, IL 60618** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Aleli Hernandez** **5118 W Oakdale** **Chicago, IL 60641** | - | | | | | | | 90.00 |

Sheet no. __2__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Alessandra Stevens** **4544 N Paulina St** **CHICAGO, IL 60640** | - | | | | | | **90.00** |
| Account No. | | | | | | | |
| **Alex Diem** **3159 N Seminary Ave apt 306** **CHICAGO, IL 60657** | - | | | | | | **90.00** |
| Account No. | | | | | | | |
| **Alex Lampert** **3119 N Southport #1** **CHICAGO, IL 60657** | - | | | | | | **90.00** |
| Account No. | | | | | | | |
| **Alexandra King** **656 W Oakdale #1c** **Chicago, IL 60657** | - | | | | | | **90.00** |
| Account No. | | | | | | | |
| **Alexis Culotta** **930 West Gunnison Street** **Chicago, IL 60640** | - | | | | | | **90.00** |

Sheet no. __3__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                     ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Alexis Trocki**<br>**2332 W. Harrison St.**<br>**Chicago, IL 60612** | | - | | | | | | **90.00** |
| Account No.<br><br>**Alice Hargrave**<br>**2121 N Leavitt Street**<br>**CHICAGO, IL 60647** | | - | | | | | | **90.00** |
| Account No.<br><br>**Alice Perlin**<br>**340 W Diversey, #2019**<br>**CHICAGO, IL 60657** | | - | | | | | | **90.00** |
| Account No.<br><br>**Alicia Gonzalez**<br>**2447 N Bernard**<br>**Chicago, IL 60647** | | - | | | | | | **90.00** |
| Account No.<br><br>**Alicia Senior-Saywell**<br>**1440 W. School Street**<br>**Chicago, IL 60657** | | - | | | | | | **90.00** |

Sheet no. __4__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                              ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alison Toback-Hofeld** <br> **1314 E. 54th St** <br> **Chicago, IL 60615** | - | | | | | | | 90.00 |
| Account No. <br><br> **Allison Latta Lashford** <br> **1838 N. Harding Avenue** <br> **Chicago, IL 60647** | - | | | | | | | 90.00 |
| Account No. <br><br> **Allison Olson** <br> **1049 W Paulina St #2A** <br> **CHICAGO, IL 60622** | - | | | | | | | 90.00 |
| Account No. <br><br> **Allison Tun** <br> **6791 N Dowagiac** <br> **Chicago, IL 60646** | - | | | | | | | 90.00 |
| Account No. <br><br> **Allison Weil** <br> **3415 N Lakeshore Dr, #3406** <br> **Chicago, IL 60657** | - | | | | | | | 90.00 |

Sheet no. __5__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,        Case No. _____
                                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Alma Prieto** <br> **1331 Davis Ave.** <br> **Whiting, IN 46394** | - | | | | | | | 90.00 |
| Account No. <br><br> **Aly Marchetti** <br> **3161 N. Pine Grove, apt 2** <br> **Chicago, IL 60657** | - | | | | | | | 90.00 |
| Account No. <br><br> **Alyscia Bosetti** <br> **2816 N Kedzie Ave Apt 1** <br> **Chicago, IL 60618** | - | | | | | | | 90.00 |
| Account No. <br><br> **Alyssa Dickman** <br> **5403 N. Glenwood #2** <br> **Chicago, IL 60640** | - | | | | | | | 90.00 |
| Account No. <br><br> **Amalie Smith** <br> **3757 W. Bell, #2** <br> **CHICAGO, IL 60618** | - | | | | | | | 90.00 |

Sheet no. __6___ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                              ,       Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Amanda Bradley 4734 N Hermitage Apt #1 Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Amanda CAge 4530 N Albany CHICAGO, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Amanda Farrar 2641 W. Catalda Ave. Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Amanda Klonsky 2745 W. Logan Blvd. Unit G Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Amanda Larie 1400 Hunters Ridge Dr 77 Genoa City, WI 53128 | - | | | | | | | 90.00 |

Sheet no. __7__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Amanda Loos**<br>**1351 W. Greenleaf Apt. 3C**<br>**Chicago, IL 60626** | | - | | | | | | 90.00 |
| Account No.<br><br>**Amanda O'Donnell**<br>**3805 N Wayne Ave**<br>**CHICAGO, IL 60613** | | - | | | | | | 90.00 |
| Account No.<br><br>**Amanda Porras**<br>**1579 N. Milwaukee, Studio#228**<br>**Chicago, IL 60622** | | - | | | | | | 90.00 |
| Account No.<br><br>**Amanda Ruch**<br>**5402 S Dorchester, #3**<br>**CHICAGO, IL 60615** | | - | | | | | | 90.00 |
| Account No.<br><br>**Amanda Velazquez**<br>**3421 W. Belden**<br>**Chicago, IL 60647** | | - | | | | | | 90.00 |

Sheet no. __**8**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **The Women's Gym DBA Thousand Waves Spa** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Amber Fix 26 South Aberdeen, #3 CHICAGO, IL 60607 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Amity Carrubba 1000 Preston Ave #2 Elgin, IL 60120 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Amruta Vaidya 8 E Randolph St Chicago, IL 60601 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Amy Adams 4518 S Union CHICAGO, IL 60609 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Amy Arsenault 5138 W. Dakin CHICAGO, IL 60641 | | - | | | | | | 90.00 |

Sheet no. **9** of **202** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Amy Bashara** <br> **1404 W. Olive St. #1** <br> **Chicago, IL 60660** | | - | | | | | 90.00 |
| Account No. <br><br> **Amy Haynes** <br> **4850 N Rockwell St #1st Fl** <br> **CHICAGO, IL 60625** | | - | | | | | 90.00 |
| Account No. <br><br> **Amy Marzluff** <br> **177 Riverview Park Drive** <br> **Columbus, OH 43214** | | - | | | | | 90.00 |
| Account No. <br><br> **Amy Partridge** <br> **6809 N Ashland Apt#7** <br> **Chicago, IL 60626** | | - | | | | | 90.00 |
| Account No. <br><br> **Amy Willis** <br> **921 W Gordon Terrace** <br> **Chicago, IL 60613** | | - | | | | | 90.00 |

Sheet no. __10__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                                    ,        Case No. _____
                                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ana King** <br> **7616 N. Eastlake Terrace** <br> **Chicago, IL 60626** | - | | | | | | 90.00 |
| Account No. <br><br> **Ananda Billings** <br> **1061 West Chestnut** <br> **Chicago, IL 60642** | - | | | | | | 90.00 |
| Account No. <br><br> **Anca Stan** <br> **2629 W Farragut APT 3N** <br> **CHICAGO, IL 60625** | - | | | | | | 90.00 |
| Account No. <br><br> **Anders Lindall** <br> **5233 W Berenice Ave** <br> **Chicago, IL 60641** | - | | | | | | 90.00 |
| Account No. <br><br> **Andre Pluess** <br> **1426 West Winnemac #3E** <br> **Chicago, IL 60640** | - | | | | | | 90.00 |

Sheet no. __11__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Andrea Bueschel 1445 W. Summerdale #2 Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Andrea Celerio 3143 N. Sawyer Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Andrea Densham 1602 Dempster Evanston, IL 60202 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Andrea Flores 3334 N. Neva Chicago, IL 60634 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Andrea Lane 1333 W Melrose St Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __12__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Andrea Tosone** **3821 N. Whipple, #1** **Chicago, IL 60618** | - | | | | | | | **90.00** |
| Account No. | | | | | | | | |
| **Andrew Ault** **711 W Buckingham Pl** **Chicago, IL 60657** | - | | | | | | | **90.00** |
| Account No. | | | | | | | | |
| **Andrew Barbera** **4361 N Kenmore Apt 1 N** **Chicago, IL 60613** | - | | | | | | | **90.00** |
| Account No. | | | | | | | | |
| **Andrew Farra** **2659 N. Mildred Ave. #2** **Chicago, IL 60614** | - | | | | | | | **90.00** |
| Account No. | | | | | | | | |
| **Andrew Turner** **260 NE Alder Street** **Issaquah, WA 98027** | - | | | | | | | **90.00** |

Sheet no. __13__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                  ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| **Andrew Wales** 2736 N Wolcott, Unit 301 Chicago, IL 60614-7751 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| **Andrew Yang** 1431 W Rascher Ave. #3E Chicago, IL 60640 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| **Andy Bosnak** 2658 n. harding st. #1 chicago, IL 60647 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| **Andy Flanagan** 2842 W Ainslie Chicago, IL 60625 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| **Angela Dancey** 929 W Margate #2W CHICAGO, IL 60640 | | - | | | | | 90.00 |

Sheet no. __14__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                        ,       Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Angelica Ugarte**<br>**1639 N Sawyer**<br>**CHICAGO, IL 60647** | - | | | | | | | **90.00** |
| Account No.<br><br>**Angie Lobo**<br>**5037 N New England**<br>**CHICAGO, IL 60656** | - | | | | | | | **90.00** |
| Account No.<br><br>**Anika Fonson**<br>**2306 E. 71st, #A**<br>**Chicago, IL 60649** | - | | | | | | | **90.00** |
| Account No.<br><br>**Ann Chapman Price**<br>**5942 S King Dr APT 2S**<br>**CHICAGO, IL 60637** | - | | | | | | | **90.00** |
| Account No.<br><br>**Ann Dufek**<br>**2229 Simpson**<br>**EVANSTON, IL 60201** | - | | | | | | | **90.00** |

Sheet no. __**15**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Ann McCabe**<br>**1550 W. Cornelia Ave #205**<br>**CHICAGO, IL 60657** | - | | | | | | | **90.00** |
| Account No.<br><br>**Ann White**<br>**400 Lathrop**<br>**Lansing, MI 48912** | - | | | | | | | **90.00** |
| Account No.<br><br>**Anna Blackburn**<br>**451 W. Wrightwood #1104**<br>**Chicago, IL 60614** | - | | | | | | | **90.00** |
| Account No.<br><br>**Anna Ditton**<br>**451 W Wrightwood #809**<br>**CHICAGO, IL 60614** | - | | | | | | | **90.00** |
| Account No.<br><br>**Anna Hamilton**<br>**6319 N. Glenwwod Ave #2n**<br>**Chicago, IL 60660** | - | | | | | | | **90.00** |

Sheet no. __16__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

7/25/14 1:17PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                        ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Anna Maria Baldauf 4721 S. Woodlawn House #1 Chicago, IL 60615 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Anna Schabold 1618 W North Shore, #3 CHICAGO, IL 60626 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Anna Terwiel 2707 Valmont Rd 30g D BOULDER, IL 80304 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Annabel Armour 5815 N Magnolia #2 CHICAGO, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Anne Brody 933 W. Montana Chicago, IL 60614 | - | | | | | | | 90.00 |

Sheet no. __17__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Anne Close 4719 N. Beacon Street, #2N Chicago, IL 60640 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Anne DeFour 421 Lakehouse Ave San Jose, CA 95110 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Anne E Smith 1628 W Sherwin #402 Chicago, IL 60626 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Anne Haywood 4406 N PAULINA ST APT 2B CHICAGO, IL 60640-5338 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Anne Statton 3039 N Troy, #3W Chicago, IL 60618 | | - | | | | | | 90.00 |

Sheet no. __18__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Anne Tremmel**<br>**4343 N. Bell Ave**<br>**Chicago, IL 60618** | | - | | | | | | 90.00 |
| Account No.<br><br>**Anneliese Gallagher**<br>**1673 W Hollywood**<br>**CHICAGO, IL 60660** | | - | | | | | | 90.00 |
| Account No.<br><br>**Annette Morales**<br>**3514 S. Rockwell**<br>**Chicago, IL 60632** | | - | | | | | | 90.00 |
| Account No.<br><br>**Annette Towler**<br>**1114 Ontario Street, Apt 2W**<br>**Oak Park, IL 60302** | | - | | | | | | 90.00 |
| Account No.<br><br>**Anthony Maicki**<br>**3260 N. Clark #505**<br>**Chicago, IL 60657** | | - | | | | | | 90.00 |

Sheet no. __19__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                                    ,     Case No. _____
                                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Armando Martinez 2629 N FAIRFIELD AVE CHICAGO, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Arthelia Buick 9241 S. Pulaski #3 Evergreen Park, IL 60805 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Ashley Barrett 5834 W. Patterson CHICAGO, IL 60634 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Ashley Rayner 4036 N Hoyne Ave #3S CHICAGO, IL 60618 | - | | | | | | | 90.00 |
| Account No. **xxxxxx9071** | | | | 7/9/14-8/10/14 Internet Service | | | | |
| AT&T PO Box 6416 Carol Stream, IL 60197 | - | | | | | | | 45.00 |

Sheet no. __20__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

405.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx5182**<br><br>**AT&T**<br>**PO Box 6416**<br>**Carol Stream, IL 60197** | - | | **7/7/14-8/6/14**<br>**Phone service** | | | | **232.16** |
| Account No.<br><br>**Audra Eisin-Banazek**<br>**1309 W Columbia**<br>**CHICAGO, IL 60626** | - | | | | | | **90.00** |
| Account No.<br><br>**Audrey Thomas**<br>**1322 w schubert Ave.**<br>**CHICAGO, IL 60614** | - | | | | | | **90.00** |
| Account No.<br><br>**Ava Robinson**<br>**623 95th St**<br>**BROOKLYN, NY 11220** | - | | | | | | **90.00** |
| Account No.<br><br>**Barb Kemper**<br>**12276 W Ohio Place**<br>**Lakewood, CO 80228** | - | | | | | | **90.00** |

Sheet no. __21__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**592.16**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**              ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Barbara Butts 5520 N. Kimball Chicago, IL 60625 | - | | | | | | 90.00 |
| Account No. Barbara Grier 1221 Greenleaf Evanston, IL 60202 | - | | | | | | 90.00 |
| Account No. Barbara Holmes 7054 Montergomery Drive Rockford, IL 61108 | - | | | | | | 90.00 |
| Account No. Barbara Ransby 719 S. Ridgeland Ave. Oak Park, IL 60304 | - | | | | | | 90.00 |
| Account No. Barbara Rose 2656 W Belmont Ave CHICAGO, IL 60618 | - | | | | | | 90.00 |

Sheet no. __22__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Barbara Rose 2656 W Belmont Ave CHICAGO, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Barbara Schneider 2013 Mallard lane Woodstock, IL 60098 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Barbara Thomas 5201 S Cornell Ave #19F Chicago, IL 60615 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Barry Galster 1442 W PENSACOLA AVE CHICAGO, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Becca Deysach 235 Main St EVANSTON, IL 60202 | - | | | | | | | 90.00 |

Sheet no. __23__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Becky Stindt** <br> **1216 W. Chase** <br> **Chicago, IL 60626** | - | | | | | | 90.00 |
| Account No. <br><br> **Ben Huizenga** <br> **3573 N Milwaukee** <br> **Chicago, IL 60641** | - | | | | | | 90.00 |
| Account No. <br><br> **Beth Hillman** <br> **303 Elmore** <br> **Park Ridge, IL 60068** | - | | | | | | 90.00 |
| Account No. <br><br> **Beth Maschinot** <br> **510 W Roscoe #2** <br> **Chicago, IL 60657** | - | | | | | | 90.00 |
| Account No. <br><br> **Betty Baker** <br> **1607 Pine Rd.** <br> **Homewood, IL 60430** | - | | | | | | 90.00 |

Sheet no. __24__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                           ,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Betty Cannon 3900 N Lake Shore Dr, #16H CHICAGO, IL 60613 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Betty Goldberg 1750 N. Cleveland Ave. Chicago, IL 60614 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Bianca Paiz 3840 W Monroe Chicago, IL 60624 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Bilkis Hirani 5864 N Magnolia #2 MUNDELEIN, IL 60060 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Brad Barton 4553 N Magnolia Ave Apt 404 Chicago, IL 60640 | - | | | | | | 90.00 |

Sheet no. __25__ of __202__ sheets attached to Schedule of                    Subtotal                450.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,    Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Brad Stanley 2641 W Balmoral Ave Chicago, IL 60625 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Brandon House 2903 N Wolcott Ave, Unit C Chicago, IL 60657 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Breanna Hayes 2902 N. Woodard, #1 CHICAGO, IL 60618 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Brenda Didier 26 Victoria Lincolnshire, IL 60069 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Brenda Fournier 674 W Irving Park Rd #78 Chicago, IL 60613 | - | | | | | | 90.00 |

Sheet no. __26__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                    Case No. _____
                                                                    ,
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Brett Williams 1122 N Hoyne Chicago, IL 60622 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Bria Dolnick 6538 N. Maplewood Chicago, IL 85745 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Brian Gleichauf 6630 N Rockwell Chicago, IL 60645 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Brian Henry 1456 W. Lexington Street Chicago, IL 60607 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Brian Hirsh 818 7th Street, Apt. 5 Santa Monica, CA 90403 | | - | | | | | 90.00 |

Sheet no. __27__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                     ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Brian Payne 3601 S Wood St Chicago, IL 60609 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Bridget Koconis 1423 W. Glenlake Ave Chicago, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Brigid Gallagher 1808 W Patterson Ave, #2B Chicago, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Brittany Parenti 822 W Roscoe #2 CHICAGO, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Brooke Enhelder 6456 N. Greenview #1 Chicago, IL 60626 | - | | | | | | | 90.00 |

Sheet no. __28__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,      Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Bryan Fink** <br> **4332 N Dayton Unit #2** <br> **Chicago, IL 60613** | - | | | | | | | 90.00 |
| Account No. <br><br> **Bryan Hrubes** <br> **21 W. Goethe St.** <br> **Chicago, IL 60610** | - | | | | | | | 90.00 |
| Account No. <br><br> **Bryn Magnus** <br> **408 Stuyvesant Ave. #1** <br> **Brooklyn, NY 11233** | - | | | | | | | 90.00 |
| Account No. <br><br> **Calonnye Mims** <br> **7611 S Morgan** <br> **CHICAGO, IL 60620** | - | | | | | | | 90.00 |
| Account No. <br><br> **Camille Calabrese** <br> **218 Wimbolton Drive West** <br> **Mt. Prospect, IL 60056** | - | | | | | | | 90.00 |

Sheet no. __29__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0700**<br><br>**Carefree Pools and Spa Distributors**<br>**2310 Skokie Valley Road**<br>**Highland Park, IL 60035** | - | | | **Equipment service and repair** | | | X | **1,600.00** |
| Account No.<br><br>**Carl Coates**<br>**1354 W. Elmdale Ave**<br>**Chicago, IL 60660** | - | | | | | | | **90.00** |
| Account No.<br><br>**Carmelo Barbaro**<br>**124 W Polk Street**<br>**Chicago, IL 60605** | - | | | | | | | **90.00** |
| Account No.<br><br>**Carmen Burgos**<br>**2814 N 72nd CT**<br>**Elmwood Park, IL 60707** | - | | | | | | | **90.00** |
| Account No.<br><br>**Carol Apothaker**<br>**15 Penarth Rd.**<br>**Bala Cynwyd, PA 19004** | - | | | | | | | **90.00** |

Sheet no. __**30**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,960.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **The Women's Gym DBA Thousand Waves Spa** ,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carol Browder**<br>**314 S Maple Ave #1**<br>**Oak Park, IL 60302** | | - | | | | | | **90.00** |
| Account No.<br><br>**Carol Desch**<br>**116 Kay St , P. O. Box 253**<br>**Herscher, IL 60941** | | - | | | | | | **90.00** |
| Account No.<br><br>**Carol Krengelis**<br>**5058 N Claremont**<br>**Chicago, IL 60625** | | - | | | | | | **90.00** |
| Account No.<br><br>**Carol Peduzzi**<br>**2222 W. Belmont Ave #404**<br>**Chicago, IL 60618** | | - | | | | | | **90.00** |
| Account No.<br><br>**Carole Book**<br>**2335 N Commonwealth**<br>**Chicago, IL 60614** | | - | | | | | | **90.00** |

Sheet no. __31__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Carole Book 2335 N Commonwealth Chicago, IL 60614 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Caroline Artz 864 W. Aldine #2 CHICAGO, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Carolyn Gunnerson 565 Abbey Rd Bartlett, IL 60103 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Carolyn Hoerdemann 6812 N Wayne #1B CHICAGO, IL 60626 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Carolyn Siegfried 2822 Meadow Lane Schaumberg, IL 60193 | - | | | | | | | 90.00 |

Sheet no. __32__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,     Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Carolynn Chmielewski 5105 N Kostner CHICAGO, IL 60630 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Carrie Joy Lash 1607 E. 50th Place #5C Chicago, IL 60615 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Casey Fitzner 1850 W Larchmont Ave, #1 CHICAGO, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Cassandra Bissell 2237 N. Kedzie Blvd. Chicago, IL 60647-2747 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Catherine McCulloch 1461 W. Byron #1B Chicago, IL 60613 | - | | | | | | | 90.00 |

Sheet no. __33__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Catherine Metzler 4919 Wallbank Ave Downers Grove, IL 60515 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Catherine Moyers 5707 N. Mobile Chicago, IL 60646 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Catherine Rich 2904 N Avers 3R Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Catherine Siebel 6439 N. Bell Chicago, IL 60645 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Cecelia Comito 320 W Oakdale, #501 CHICAGO, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __34__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   450.00

B6F (Official Form 6F) (12/07) - Cont.

In re **The Women's Gym DBA Thousand Waves Spa** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Cecelia Holiday 1262 W. Ardmore Chicago, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Cecilia Gallegos 3738 W. 64th Pl. Chicago, IL 60629 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Ceshia Wilder 9415 S Vernon CHICAGO, IL 60619 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Chad Peterson 376 Park Ave Glencoe, IL 60022 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Charna Halpern 1716 W. Nelson Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __35__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                ,      Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Cheryl Guzikowski 711 W. Gordon Terrace #120 Chicago, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Cheryl Hughes 1431 W. Rascher, 1E Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Cheryl Singer 2489 N Cramer St Milwaukee, WI 53211 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Chirag Mehta 5023 N. Lawndale Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Chris Anderson 1728 N DAMEN AVE #315 CHICAGO, IL 60647 | - | | | | | | | 90.00 |

Sheet no. __36__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**
                                                                            ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Chris Balanon 4817 W. Cornelia 1st Floor Chicago, IL 60641 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Chris Benevich 5630 Sheridan Chicago, IL 60660 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Chris Hamblett 1500 AVENUE AT PORT IMPERIAL APT 634 WEEHAWKEN, NJ 07086 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Chris Hart 2710 N Fairfield Ave Chicago, IL 60647 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Chris Natali 1939 West Thomas St. Apt.1R Chicago, IL 60622 | | - | | | | | | 90.00 |

Sheet no. __37__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The Women's Gym DBA Thousand Waves Spa**                    ,     Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Christa Clumpner** <br> **920 W. Windsor** <br> **Chicago, IL 60640** | - | | | | | | | **90.00** |
| Account No. <br><br> **Christina Mason** <br> **7712 N. Ashland** <br> **CHICAGO, IL 60626** | - | | | | | | | **90.00** |
| Account No. <br><br> **Christine Anderson** <br> **1409 W. 19th St.** <br> **Chicago, IL 60608** | - | | | | | | | **90.00** |
| Account No. <br><br> **Christine Fuentes** <br> **4937 N Tripp Ave** <br> **Chicago, IL 60630** | - | | | | | | | **90.00** |
| Account No. <br><br> **Christine Tarkowski** <br> **2717 S. Troy** <br> **Chicago, IL 60623** | - | | | | | | | **90.00** |

Sheet no. __38__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Christine Tvedt**<br>**4538 N Wolcott Ave 3B**<br>**Chicago, IL 60640** | - | | | | | | | **90.00** |
| Account No.<br><br>**Christine Whitley**<br>**1524 W. Thorndale Apt 3W**<br>**Chicago, IL 60660** | - | | | | | | | **90.00** |
| Account No.<br><br>**Christine Zimmerman**<br>**879 Larkspur Ct.**<br>**Brentwood, CA 94513** | - | | | | | | | **90.00** |
| Account No.<br><br>**Christopher Ellam**<br>**7715 N Ashland Avenue, 2E**<br>**chicago, IL 60626** | - | | | | | | | **90.00** |
| Account No.<br><br>**Christopher Harper**<br>**6119 S. Greenwood, #1W**<br>**Chicago, IL 60637** | - | | | | | | | **90.00** |

Sheet no. __39__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**_____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Cindy Espinosa** 3301 W. Schubert Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. **Cindy Pacyk** 1137 W. Columbia Ave #3 CHICAGO, IL 60626 | - | | | | | | | 90.00 |
| Account No. **Claire Decoteau** 4622 N. Drake Ave. Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. **Claire Finando** 3521 N. Lakewood #2 Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. **Claire Pentecost** 1849 N. Sawyer Ave Chicago, IL 60647 | - | | | | | | | 90.00 |

Sheet no. __40__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                   ,        Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Clementine Delannoy 853 W Roscoe St Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Coleen Tiesch 2244 n. Parkside ave. Chicago, IL 60639 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| COLIN GOWER 3867 MILL CREEK LANE CASSELBERRY, FL 32707 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Colleen Joyce 1517 W Oakdale Ave, #3 CHICAGO, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Colleen Long 3052 N Seminary Apt#2FF Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __41__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Colleen McGaughey 4716 N. Whipple Apt.2 Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Colleen McQuillen 2933 N Sheridan Road Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Courtney Glascoe 4248 w monroe chicago, IL 60624 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Craig Zemke 1620 W wallen Ave 1N Chicago, IL 60626 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Cydne Perhats 329 Woodview Rd, Apt A BARRINGTON, IL 60010 | - | | | | | | | 90.00 |

Sheet no. __42__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                           ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Cynthia Chatham** <br>**513 West 10th St** <br>**Rock Falls, IL 61071** | | - | | | | | | 90.00 |
| Account No. <br><br>**Cynthia Ibarra** <br>**5414 N Lieb** <br>**Chicago, IL 60630** | | - | | | | | | 90.00 |
| Account No. <br><br>**Daiva Bhandari** <br>**2201 W. Winona St.** <br>**Chicago, IL 60625** | | - | | | | | | 90.00 |
| Account No. <br><br>**Daiva Bhandari** <br>**2201 W. Winona St.** <br>**Chicago, IL 60625** | | - | | | | | | 90.00 |
| Account No. <br><br>**Dan Schiff** <br>**3600 N Lakeshore Dr Unit 2102** <br>**Chicago, IL 60613** | | - | | | | | | 90.00 |

Sheet no. __43__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **The Women's Gym DBA Thousand Waves Spa**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Dan Tajbl 11473 Sherwood Way Auburn, IL 95602 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Daniel Lamkin 835 Ridge Avenue #406 Evanston, IL 60202 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Daniel Simon 530 7th street Santa Monica, CA 90402 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Darrell Batiste 4147 S. Ellis Av., Apt. 1S Chicago, IL 60653 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Dave Swanson 1612 e webster pl milwaukee, WI 53211 | - | | | | | | | 90.00 |

Sheet no. **44** of **202** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa__ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dave Weinberg<br>4623 N. Beacon Street #1N<br>Chicago, IL 60640 | - | | | | | | 90.00 |
| Account No.<br><br>David Kaplan<br>4100 N. Springfield Ave.<br>Chicago, IL 60618 | - | | | | | | 90.00 |
| Account No.<br><br>David Martin<br>639 W Wellington Ave. #9<br>Chicago, IL 60657 | - | | | | | | 90.00 |
| Account No.<br><br>David Rench<br>5815 N. Winthrop #1<br>Chicago, IL 60660 | - | | | | | | 90.00 |
| Account No.<br><br>Dawn Hillman<br>4212 N. Damen<br>Chicago, IL 60618 | - | | | | | | 90.00 |

Sheet no. __45__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Dawn Johnson 249 Cayuga ELMHURST, IL 60126 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Dayo Harris 5240 N. Sheridan #1113 Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Debbie Koller 4217 N Ridgeway Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Debbie Witmer 5210 Brookshire Estates Dr Plainfield, IL 60586 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Debby Spatafora 1812 Brummel St. Evanston, IL 60202 | - | | | | | | | 90.00 |

Sheet no. __46__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Debby Spatafora 1812 Brummel St. Evanston, IL 60202 | - | | | | | | 90.00 |
| Account No. Debi Doolittle 3209 N. Rockwell Chicago, IL 60618 | - | | | | | | 90.00 |
| Account No. Debjani Mukherjee 711 W Gordon Ter #813 Chicago, IL 60613 | - | | | | | | 90.00 |
| Account No. Deborah Brockman 4305 N Campbell Chicago, IL 60618 | - | | | | | | 90.00 |
| Account No. Deborah Paulik 17910 Settlers Pond Way, 3B Orland Park, IL 60467 | - | | | | | | 90.00 |

Sheet no. __47__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Debra Ashby 840 W. Buckingham #3E Chicago, IL 60657 | - | | | | | | 90.00 |
| Account No. Delphina Aldama 2240 W. Wilson Chicago, IL 60625 | - | | | | | | 90.00 |
| Account No. Denise Colton 11305 Reserve Lane North Champlin, MN 55316 | - | | | | | | 90.00 |
| Account No. Denise Karczewski 4857 N. Seeley #1 Chicago, IL 60625 | - | | | | | | 90.00 |
| Account No. Denise Oldenburger 5566 W. 96th St. Oak Lawn, IL 60453 | - | | | | | | 90.00 |

Sheet no. __48__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Deondra Adams-Nabors 2240 W. Farwell Ave #2A Chicago, IL 60645 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Deondra Adams-Nabors 2240 W. Farwell Ave #2A Chicago, IL 60645 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Devon Herrick 5430 N Spaulding Ave Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Devynn Galvin 640 W Addison #55 CHICAGO, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Diana Evenson 930 No. Randall Rd AURORA, IL 60506 | - | | | | | | | 90.00 |

Sheet no. __49__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Diana McCormick 1717 S. Praire Unit 2004 Chicago, IL 60616 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Diane Goss 1382 Laurel Oaks Dr. Streamwood, IL 60107 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Diane Letson 3642 N. Paulina Chicago, IL 60613 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Diane Miller 4517 N. Sawyer CHICAGO, IL 60625 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Dillan Siegler 3027 N. Troy Chicago, IL 60618 | | - | | | | | | 90.00 |

Sheet no. __50__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,       Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Donna Velez 1319 N Artesian Ave Chicago, IL 60622 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Donna Velez 1319 N Artesian Ave Chicago, IL 60622 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Dorian Anderson 2437 N. Albany, #3 CHICAGO, IL 60647 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Doug Fraser 4043 N. Avers Chicago, IL 60618 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Doug Mara 3109 N. Central Park Ave. chicago, IL 60618 | | - | | | | | | 90.00 |

Sheet no. __51__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                        ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Edgar Lincoln 1246 W Hood Chicago, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Edith Girata 404 Ashbury Drive HINSDALE, IL 60521 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Eileen Dordek 2154 W Windsor Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Eileen Martin 1038 W Balmoral Ave #2A Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Elaine Farrell 440 Moraine Rd Highland Park, IL 60035 | - | | | | | | | 90.00 |

Sheet no. **52** of **202** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                          ,          Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Elaine Gaffney 9020 Sycamore Dr. Hickory Hills, IL 60457 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Elena Saenz 2725 W. 22nd Pl Chicago, IL 60608 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Eli Varol 4318 W Summerdale Chicago, IL 60630 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Elia Saldana 509 W. 36th Street Chicago, IL 60609 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Elizabeth Angulo 4900 S Keeler Chicago, IL 60632 | - | | | | | | | 90.00 |

Sheet no. __53__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Elizabeth Arnold** <br> **1445 N Bosworth Ave 2R** <br> **Chicago, IL 60642** | - | | | | | | 90.00 |
| Account No. <br><br> **Elizabeth Chodos** <br> **1336 W. Ohio apt #4** <br> **Chicago, IL 60622** | - | | | | | | 90.00 |
| Account No. <br><br> **Elizabeth Jameson #2** <br> **1840 N Humboldt Blvd** <br> **CHICAGO, IL 60647** | - | | | | | | 90.00 |
| Account No. <br><br> **Elizabeth Leclair** <br> **1157 W Schubert Ave** <br> **Chicago, IL 60614** | - | | | | | | 90.00 |
| Account No. <br><br> **Elizabeth Ledo** <br> **6217 N Greenview Ave #2** <br> **CHICAGO, IL 60660** | - | | | | | | 90.00 |

Sheet no. __54__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Elizabeth MacLennan 84 N Henry St. Brooklyn, NY 11222 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Elizabeth Najera 844 S. Highland Ave. Oak Park, IL 60304 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Elizabeth Tate 3342 W. Lemoyne CHICAGO, IL 60651 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Elliot Ransom 1632 W Melrose St Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Elzbieta Maczka 5147 N. East River Road, #1B Chicago, IL 60656 | - | | | | | | | 90.00 |

Sheet no. __55__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Emily Blue 2808 Bond Dr. LAFAYETTE, IN 47909 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Emily Cook 2254 W Winnemac #2 CHICAGO, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Emily Gann 2517 W Winnemac, #2A CHICAGO, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Emily Greenquist 7703 N Hamlin, Garden Apt CHICAGO, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Emily Hildebrand 2707 N. Central Park Ave #2 CHICAGO, IL 60647 | - | | | | | | | 90.00 |

Sheet no. __56__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,      Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Emily Kiang 1000 N. Lake Shore Drive Chicago, IL 60611 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Emjoy Gavino 4907 N Wolcott Ave Chicago, IL 60640 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Emme Williams 2641 W. Thomas CHICAGO, IL 60613 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Eric Bonano 4709 N Lavergne Chicago, IL 60630 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Eric Deister 3535 N Lakewood Chicago, IL 60657 | - | | | | | | 90.00 |

Sheet no. __57__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Eric Fritzsche 2132 W. Easwood Ave Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Eric Heestand 16280 North River Road Box 251 Pemberville, OH 43450 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Eric Medill 3322 W. Eastwood Ave. #3 Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Erica Eichleay 3041 N. Elbridge Ave. Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Erica Salaman 2059 w. 18th st. chicago, IL 60608 | - | | | | | | | 90.00 |

Sheet no. __58__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Erica Schweitzer**<br>**4200 N Hazle #108**<br>**CHICAGO, IL 60613** | | - | | | | | 90.00 |
| Account No.<br><br>**Erin Bird**<br>**808 W Junior Terrace**<br>**CHICAGO, IL 60613** | | - | | | | | 90.00 |
| Account No.<br><br>**Erin Evenson**<br>**7911 5th Avenue**<br>**Brooklyn, NY 11209** | | - | | | | | 90.00 |
| Account No.<br><br>**Erin Kinsella**<br>**1330 W Eddy Apt 2**<br>**Chicago, IL 60657** | | - | | | | | 90.00 |
| Account No.<br><br>**Erin McKain**<br>**111 Tenth St. #305**<br>**Pittsburgh, PA 15215** | | - | | | | | 90.00 |

Sheet no. __59__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa** ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Erin Sanford <br> 3231 N Jenmore Ave #2N <br> Chicago, IL 60657 | | - | | | | | | 90.00 |
| Account No. <br><br> Eryn Walanka <br> 4416 N. Whipple #2a <br> Chicago, IL 60625 | | - | | | | | | 90.00 |
| Account No. <br><br> Esley Stahl <br> 4611 N Paulina <br> Chicago, IL 60640 | | - | | | | | | 90.00 |
| Account No. <br><br> Esther Norman <br> 1348 N. Cleaver Street <br> Chicago, IL 60622 | | - | | | | | | 90.00 |
| Account No. <br><br> Eva Neuberg <br> 1840 W Farwell Ave <br> CHICAGO, IL 60626 | | - | | | | | | 90.00 |

Sheet no. __60__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                          ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Eva Shimota 3754 N Janssen Ave CHICAGO, IL 60613 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Evan Powell 3637 N Paulina st apt 1FF chicago, IL 60613 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Fabiola Enriquez 636 W 55th St HINSDALE, IL 60521 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Fausto Lopez 3963 W. Belmont Chicago, IL 60618 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Fenesha Hubbard 12111 S Justine Chicago, IL 60643 | | - | | | | | | 90.00 |

Sheet no. __61__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,          Case No. _____
                                                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Flavia Borges** <br> **520 N Kingsbury St apt 2307** <br> **Chicago, IL 60654** | - | | | | | | **90.00** |
| Account No. <br><br> **Flint Taylor** <br> **1180 N. Milwaukee Ave** <br> **Chicago, IL 60642** | - | | | | | | **90.00** |
| Account No. <br><br> **Frances Gray** <br> **P. O. Box 1941** <br> **Boerne, TX 78006** | - | | | | | | **90.00** |
| Account No. <br><br> **Francesca Royster** <br> **7023 N. Paulina, #1N** <br> **Chicago, IL 60626** | - | | | | | | **90.00** |
| Account No. <br><br> **Francesco Milioto** <br> **1908 W. Estes Ave #1** <br> **Chicago, IL 60626** | - | | | | | | **90.00** |

Sheet no. __62__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Frank Zabaly** <br> **9852 Bell Rock Road** <br> **Frisco, TX 75035** | - | | | | | | 90.00 |
| Account No. <br><br> **Fred Tadrowski** <br> **3031 Greenleaf Ave** <br> **Wilmette, IL 60091** | - | | | | | | 90.00 |
| Account No. <br><br> **Freddie Lipmann** <br> **3419 W. Medill Ave. #3** <br> **Chicago, IL 60647** | - | | | | | | 90.00 |
| Account No. <br><br> **Gabriel Franken** <br> **842 North Homan Ave Floor 2** <br> **Chicago, IL 60651** | - | | | | | | 90.00 |
| Account No. <br><br> **Gabrielle Morrison** <br> **8542 S Kenwood Ave** <br> **Chicago, IL 60619** | - | | | | | | 90.00 |

Sheet no. __63__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                              ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gary Ashley** <br> **3647 N. Drake** <br> **Chicago, IL 60618** | | - | | | | | 90.00 |
| Account No. <br><br> **Gary Cuneen** <br> **616 S. Harvey** <br> **Oak Park, IL 60304** | | - | | | | | 90.00 |
| Account No. <br><br> **Gary Hirschberg** <br> **3140 N. Sheffield #501** <br> **Chicago, IL 60657** | | - | | | | | 90.00 |
| Account No. <br><br> **Gary Houston** <br> **1525 W. Granville Av.** <br> **Chicago, IL 60660** | | - | | | | | 90.00 |
| Account No. <br><br> **Gayle Brinkman** <br> **922 North Blvd Apt 601** <br> **Oak Park, IL 60301** | | - | | | | | 90.00 |

Sheet no. __64__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                    ,          Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Genevieve Sheehan 220 W. Olive Ave Monrovia, CA 91016 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Gerard Dedera 3735 N Milwaukee Ave #305 Chicago, IL 60641 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Geri Bleier 1935 W Armitage #3 CHICAGO, IL 60622 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Gil Rubio 241 walker place mundelein, IL 60060 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Gina Samuels 6741 S. Constance Ave. Chicago, IL 60649 | | - | | | | | 90.00 |

Sheet no. __65__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                      ,    Case No. _____
                                                              **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Gina Schueneman 1913 W. Cullom Apt #3 Chicago, IL 60613 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Grace Yoon 718 S. Park Hyde Orange, CA 92868 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Greg Archer 1201 W Diversey Parkway #2A Chicago, IL 60614 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Greg Bassi 3315 N RACINE AVE APT F CHICAGO, IL 60657-3230 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Greg Healy 1410 W. Belle Plaine Chicago, IL 60613 | | - | | | | | | 90.00 |

Sheet no. __66__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                        ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Greg Stare** <br> **88 Meserole Ave, #1D** <br> **Brooklyn, NY 11222** | | - | | | | | | **90.00** |
| Account No. <br><br> **Gregory Walzel** <br> **5467 N. Parkside** <br> **Chicago, IL 60630** | | - | | | | | | **90.00** |
| Account No. <br><br> **Griselle Sewell** <br> **5548 W. Wrightwood** <br> **CHICAGO, IL 60639** | | - | | | | | | **90.00** |
| Account No. <br><br> **Gwen Cohen** <br> **PO Box 8552** <br> **CHICAGO, IL 60680** | | - | | | | | | **90.00** |
| Account No. <br><br> **Gwen Lemos** <br> **2432 N Spaulding** <br> **CHICAGO, IL 60647** | | - | | | | | | **90.00** |

Sheet no. __67__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Gwynne Shotwell**<br>**18 buckskin lane**<br>**rolling hills, CA 90274** | - | | | | | | | |
| | | | | | | | | **90.00** |
| Account No. | | | | | | | | |
| **Hadley Bricker**<br>**4845 N. Wolcott Ave. Unit 3E**<br>**Chicago, IL 60640** | - | | | | | | | |
| | | | | | | | | **90.00** |
| Account No. | | | | | | | | |
| **Halley Wallace**<br>**1719 W barry Ave FB-G**<br>**CHICAGO, IL 60657** | - | | | | | | | |
| | | | | | | | | **90.00** |
| Account No. | | | | | | | | |
| **Hamydah Bharwani**<br>**5023 N. Kolmar, #2**<br>**Chicago, IL 60630** | - | | | | | | | |
| | | | | | | | | **90.00** |
| Account No. | | | | | | | | |
| **Hannah Basil**<br>**4822 N Leavitt**<br>**Chicago, IL 60625** | - | | | | | | | |
| | | | | | | | | **90.00** |

Sheet no. __68__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Hannah Wendling**<br>**1272 N Wolcott Ave #3**<br>**CHICAGO, IL 60622** | - | | | | | | | 90.00 |
| Account No.<br><br>**Heather Booth**<br>**3724 Benton Street, NW**<br>**Washington, DC 20007** | - | | | | | | | 90.00 |
| Account No.<br><br>**Heather Colburn**<br>**5407 N. Lakewood**<br>**Chicago, IL 60640** | - | | | | | | | 90.00 |
| Account No.<br><br>**Heather Fox**<br>**1446 W Hollywood Apt 2w**<br>**Chicago, IL 60660** | - | | | | | | | 90.00 |
| Account No.<br><br>**Heather Kollmer**<br>**1429 W. Barry**<br>**CHICAGO, IL 60657** | - | | | | | | | 90.00 |

Sheet no. __69__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,        Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Heather Moore <br> 400 Forest Ave <br> Chicago, IL 60302 | | - | | | | | 90.00 |
| Account No. <br><br> Heather Schmucker <br> 5416 N. Glenwood #2 <br> Chicago, IL 60640 | | - | | | | | 90.00 |
| Account No. <br><br> Heather Wheeler <br> 8794 Cox Rd <br> West Chester, OH 45069 | | - | | | | | 90.00 |
| Account No. <br><br> Helen Bildires <br> 7914 Kenneth Ave. <br> Chicago, IL 60625 | | - | | | | | 90.00 |
| Account No. <br><br> Helen Shiller <br> 1248 W Carmen <br> Chicago, IL 60640 | | - | | | | | 90.00 |

Sheet no. __70__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Helga Scherer 2888 N Milwaukee Ave CHICAGO, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Hiwote Tamrat 6535 N. Ashland Ave. Chicago, IL 60626 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Holly Thomas 3012 N. Oakley Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Ines Lagos 4528 N Drake, #1 Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Irene Hurley 3815 W Estes Lincolnwood, IL 60712 | - | | | | | | | 90.00 |

Sheet no. __71__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,      Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ivan Bahena 4049 n. Broadway chicago, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jack Murphy 20 mcintosh Clarendon hills, IL 60514 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jackie Bousek 2912 N. Albany Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jackie Rivera 4195 S Lowe Ave Chicago, IL 60609 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jackie Rivera 4195 S Lowe Ave Chicago, IL 60609 | - | | | | | | | 90.00 |

Sheet no. __72__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,   Case No. _____
_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> Jacklyn Rojas <br>3045 N Harlem apt ge <br>Chicago, IL 60634 | | - | | | | | | 90.00 |
| Account No. <br><br> Jacqueline Arnold <br>2148 W. 77th Place <br>Chicago, IL 60620 | | - | | | | | | 90.00 |
| Account No. <br><br> James Sander <br>4553 N Magnolia Ave Apt 404 <br>Chicago, IL 60640 | | - | | | | | | 90.00 |
| Account No. <br><br> James Ylisela <br>226 New York Ave <br>Brooklyn, NY 11216 | | - | | | | | | 90.00 |
| Account No. <br><br> Jameta Rogers <br>9756 S Merrion Ave <br>CHICAGO, IL 60617 | | - | | | | | | 90.00 |

Sheet no. __73__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                          ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Jamie Thome 1916 Noyes APT 2B EVANSTON, IL 60201 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jamie Wagster 4932 Riverside Drive LaGrange, IL 60525 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jane Barnhart 10 Walnut Circle SUGAR GROVE, IL 60554 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Janelle Skaloud 1720 W. Catalpa #1 Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Janet Grogan 3149 N Racine #3 CHICAGO, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __74__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa__ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Janet Janz 6910 N. Oakley Ave. Chicago, IL 60645 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Janice Hack 4835 North Oakley Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Janice Pytel 8107 Elmwood St. Skokie, IL 60077 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Janie Tyson 3837 216th PLace Matteson, IL 60644 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Janine Devera 1230 W Henderson #2 Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __75__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa** ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Janna Cenko 3256 N. Hoyne CHICAGO, IL 60618 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Jasmin Jenkins 1658 N. Milwaukee Ave. #522 Chicago, IL 60647 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Jason LaRiviere 424 W. Greenfield Ave Lombard, IL 60148 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Javier Bustillo 2326 W. Giddings St #202 Chicago, IL 60625 | | - | | | | | 90.00 |
| Account No. | | | | | | | |
| Jean Benzies 129 Kedzie Street Evanston, IL 60202 | | - | | | | | 90.00 |

Sheet no. __76__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                      ,        Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jeanine Valrie 6323 N Mozart Apt 2F Chicago, IL 60659 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jeff Heine 530 santa clara alameda, CA 94501 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jeff Porter 2111 W Belmont Ave Unit 4 Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jeff Radue 2455 W Ainslie #1 Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jeffrey LeBreton 4450 N Central Park Chicago, IL 60625 | - | | | | | | | 90.00 |

Sheet no. __77__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                            ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Jen Bizon 624 W. Aldine Ave #4E Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jen Bosworth 900 Chicago Avenue #712 Evanston, IL 60202 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jen Keeling 934 W Sunnyside unit 3A Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jen Mystkowski 6253 N Sheridan Rd #26 Chicago, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jen Sontag 3151 N Lincoln, #414 CHICAGO, IL 60652 | - | | | | | | | 90.00 |

Sheet no. __**78**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                        ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jen Yarberry <br> 815 W Addison St, #2R <br> CHICAGO, IL 60613 | - | | | | | | 90.00 |
| Account No. <br><br> Jennefa Krupinski <br> 3101 W Augusta <br> Chicago, IL 60622 | - | | | | | | 90.00 |
| Account No. <br><br> Jennie Phon <br> 2970 N. Sheridan #1209 <br> Chicago, IL 60657 | - | | | | | | 90.00 |
| Account No. <br><br> Jennifer Avery <br> 1475 W Gregory St. <br> Chicago, IL 60640 | - | | | | | | 90.00 |
| Account No. <br><br> Jennifer Bozarth <br> 801 S. Plymouth Ct #618 <br> Chicago, IL 60605 | - | | | | | | 90.00 |

Sheet no. __79__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                              ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jennifer Bozarth <br> 801 S. Plymouth Ct #618 <br> Chicago, IL 60605 | | - | | | | | 90.00 |
| Account No. <br><br> Jennifer Burgess <br> 1248 W. Diversey, #2 <br> Chicago, IL 60614 | | - | | | | | 90.00 |
| Account No. <br><br> Jennifer Cataldo <br> 1212 W. Henderson Apt. 2 <br> CHICAGO, IL 60657 | | - | | | | | 90.00 |
| Account No. <br><br> Jennifer Cremens <br> 2619 N Halsted St <br> Chicago, IL 60614 | | - | | | | | 90.00 |
| Account No. <br><br> Jennifer Curley <br> 1424 W. Thome #2C <br> CHICAGO, IL 60660 | | - | | | | | 90.00 |

Sheet no. __80__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                              Case No. _____

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jennifer Fowler** <br> **1922 W. Lunt** <br> **Chicago, IL 60626** | | - | | | | | | 90.00 |
| Account No. <br><br> **Jennifer Harris** <br> **4300 N Marine Drive #705** <br> **CHICAGO, IL 60613** | | - | | | | | | 90.00 |
| Account No. <br><br> **Jennifer Haugh** <br> **305 Monroe St. Box 385** <br> **Delaware City, DE 19706** | | - | | | | | | 90.00 |
| Account No. <br><br> **Jennifer Hunt** <br> **5627 N. Keystone** <br> **Chicago, IL 60646** | | - | | | | | | 90.00 |
| Account No. <br><br> **Jennifer Kunkel** <br> **6456 N. Greenview #1** <br> **Chicago, IL 60626** | | - | | | | | | 90.00 |

Sheet no. __81__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Jennifer Loftus 50 Puu Anoano St #3405 Lahaina, HI 96761 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Jennifer McQueen 858 W Armitage #384 CHICAGO, IL 60614 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Jennifer Richards 2828 S. Wenonah Berwyn, IL 60402 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Jennifer Rudderham 7905 Hemlock Gary, IN 46403 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Jennifer Scherr 9354 S. Avers Evergreen Park, IL 60805 | - | | | | | | 90.00 |

Sheet no. __82__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jennifer Tyburczy 3022 Prentice Avenue Columbia, SC 29205 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jennifer Williams 1801 N. Kedzie Ave, Apt. 301 Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jennile Oconnor 8835 South Throop St. Chicago, IL 60620 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jenny Fontaine 1422 S. Halsted #2B Chicago, IL 60607 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jeremy Bloxson 420 W Surf Apt 512 Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __83__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa__ ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Jeremy Hogan 3423 W. School St. Chicago, IL 60618 | | - | | | | | | 90.00 |
| Account No. Jerica Arents 1429 W Lunt #301 CHICAGO, IL 60626 | | - | | | | | | 90.00 |
| Account No. Jerry Ellis 9069 Brewer Creek Pl. Manassas, VA 20109 | | - | | | | | | 90.00 |
| Account No. Jess Ohlson 2336 N. Milwaukee, unit 2F Chicago, IL 60647 | | - | | | | | | 90.00 |
| Account No. Jessica Hoskins 1417 W. Carmen, #3s Chicago, IL 60640 | | - | | | | | | 90.00 |

Sheet no. __84__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jessica Kline <br> 2333 Central St. #307 <br> Evanston, IL 60201 | - | | | | | | 90.00 |
| Account No. <br><br> Jessica Musselwhite <br> 2534 W Charlston <br> Chicago, IL 60647 | - | | | | | | 90.00 |
| Account No. <br><br> Jessica Nysenbaum <br> 5806 Tudor Lane <br> N. Bethesda, MD 20852 | - | | | | | | 90.00 |
| Account No. <br><br> Jessica Rogers <br> 918 W Gordon Terrace, #3 <br> CHICAGO, IL 60613 | - | | | | | | 90.00 |
| Account No. <br><br> Jessica Stults <br> 3211 N Racine Ave <br> CHICAGO, IL 60657 | - | | | | | | 90.00 |

Sheet no. __85__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                            ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jessica Williams 1307 Barry Ave Apt 6 Los Angeles, CA 90025 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jessie Huls 7007 N Monon Ave Chicago, IL 60646 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jesus Martinez 411 Bartlett St San Francisco, CA 94110 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jeycy Lugo 2746 N Normandy #1 ELMWOOD PARK, IL 60707 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jill Higgins 2350 N. CLeveland #3 Chicago, IL 60614 | | - | | | | | | 90.00 |

Sheet no. __86__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| JingWoan Chang 1125 W Farewell, #D3 CHICAGO, IL 60626 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jinny Gerhardt 5029 n monticello ave chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jivalla Carter 4775 Jackson GARY, IN 46408 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Joan Washburn 4706 N Drake 1st Fl Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Joan Yohanan 550 Greenwood KENILWORTH, IL 60043 | - | | | | | | | 90.00 |

Sheet no. __87__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Joanie Boney <br> 2130 US Hwy 67 <br> Monmouth, IL 61462 | | - | | | | | 90.00 |
| Account No. <br><br> Joanna Riester <br> 5123 N. Kenmore Ave #203 <br> Chicago, IL 60640 | | - | | | | | 90.00 |
| Account No. <br><br> Joanne Flom <br> 3130 N Lakeshore Drive <br> Chicago, IL 60657 | | - | | | | | 90.00 |
| Account No. <br><br> Jocelyn Carter <br> 3723 N. Greenview <br> Chicago, IL 60613 | | - | | | | | 90.00 |
| Account No. <br><br> Joe Kusiak <br> 924 W Leland <br> Chicago, IL 60640 | | - | | | | | 90.00 |

Sheet no. __88__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa** ,
                                              Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Joelle Munchak** <br> **5149 N Paulina 3N** <br> **Chicago, IL 60640** | | - | | | | | | 90.00 |
| Account No. <br><br> **Joey Bland** <br> **1262 W. North Shore Ave.** <br> **Chicago, IL 60626** | | - | | | | | | 90.00 |
| Account No. <br><br> **John Barlow** <br> **4111 N Kimball Ave** <br> **Chicago, IL 60618** | | - | | | | | | 90.00 |
| Account No. <br><br> **John De Koker** <br> **9817 S. Leavitt** <br> **Chicago, IL 60643** | | - | | | | | | 90.00 |
| Account No. <br><br> **John Dickinson** <br> **2920 W. Wilson Avenue** <br> **Chicago, IL 60625** | | - | | | | | | 90.00 |

Sheet no. **89** of **202** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                    ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| John Niner 2205 Sanford Ave. Newlenox, IL 60451 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| John Richardson 770 N. Halsted St., #125 Chicago, IL 60642 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jolene Freeman 1400 N Lakeshore Dr #12 CHICAGO, IL 60610 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jon Evans 4052 Oriole Norridge, IL 60706 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Jonathan Ankney 4313 N Keeler Ave Chicago, IL 60641 | - | | | | | | | 90.00 |

Sheet no. __90__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. Jonathan Faust 1 Longview LN North Oaks, MN 55127-6213 | - | | | | | | | 90.00 |
| Account No. Jonathan Liffgens 330 W. Diversey Pkwy. Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. Jonathan Toback 1710 N. Francisco Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. Jordan Passman 735 North Laurel Avenue Los Angeles, CA 90046 | - | | | | | | | 90.00 |
| Account No. Jose Macias 1929 w 22nd place chicago, IL 60608 | - | | | | | | | 90.00 |

Sheet no. __91__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                        ,   Case No. _____
                                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Josef Erlemann 2746 Lower Kula Road Kula, HI 96790 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Joseph Kozminski 1402 E 55th St Chicago, IL 60615 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Joseph Nudo 3210 N Kilbourn Ave #4 Chicago, IL 60641 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Josh Saboe 1720 N Marshfield Ave Chicago, IL 60622 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Juan Cortes 2637 N Drake ave Chicago, IL 60647 | - | | | | | | | 90.00 |

Sheet no. __92__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,          Case No. _____
                                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Judie Albano 3900 N Hillwood Circle Tucson, AZ 85750 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Judy Bernardi 1421 juneway ter chicago, IL 60626 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Judy Kwiecinski 14945 Knox Midlothian, IL 60445 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Judy Skuta Garson 18255 Kirby Drive Tinley Park, IL 60487 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Julia Barlow 4111 N Kimball CHICAGO, IL 60618 | - | | | | | | | 90.00 |

Sheet no. __93__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Julia Parisot** <br> **4515 N Seeley #2** <br> **Chicago, IL 60625** | | - | | | | | **90.00** |
| Account No. <br><br> **Julia San Fratello** <br> **3844 N. AltaVista Terrace** <br> **Chicago, IL 60613** | | - | | | | | **90.00** |
| Account No. <br><br> **Julia Toepfer** <br> **4710 N. Damen, Rear bldg.** <br> **Chicago, IL 60625** | | - | | | | | **90.00** |
| Account No. <br><br> **Julie Fritz** <br> **1600 N. Maplewood Ave #3** <br> **Chicago, IL 60647** | | - | | | | | **90.00** |
| Account No. <br><br> **Julie Hunicutt** <br> **3650 Monon Street, Apt. 314** <br> **Los Angeles, CA 90027** | | - | | | | | **90.00** |

Sheet no. __**94**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Julie Kosowski 421 A West Briar Place Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Julie Palles 4448 W. Hutchinson St. Chicago, IL 60641 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Julie Schraith 5942 N Saint Louis Chicago, IL 60659 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Julie Sick 1638 W Nelson CHICAGO, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Julie Vanderpoel 3620 N. Racine Chicago, IL 60613 | - | | | | | | | 90.00 |

Sheet no. __95__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| June Kalom 1422 Potter Rd. Park Ridge, IL 60068 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Kara Hart 3700 N. Leavitt St. Chicago, IL 60618 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Kara Wagner-Shere 3849 W Kostner Chicago, IL 60641 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Karen Furlong 2407 N. Albany #2 Chicago, IL 60647 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Karen Hartz 2240 w lunt ave CHICAGO, IL 60645 | | - | | | | | | 90.00 |

Sheet no. __96__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Karen Morris** <br> **2116 W Potomac #2** <br> **Chicago, IL 60622** | - | | | | | | 90.00 |
| Account No. <br><br> **Karen Yarenbough** <br> **5301 W Pensacola** <br> **CHICAGO, IL 60641** | - | | | | | | 90.00 |
| Account No. <br><br> **Karin Dabrowski** <br> **1506 W School St, #1** <br> **Chicago, IL 60657** | - | | | | | | 90.00 |
| Account No. <br><br> **Karol Weigelt** <br> **3625 N. Magnolia** <br> **Chicago, IL 60613** | - | | | | | | 90.00 |
| Account No. <br><br> **Kate Blair** <br> **922 N. Noble Apt 2R** <br> **Chicago, IL 60642** | - | | | | | | 90.00 |

Sheet no. __97__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Kate Cagney 4349 South Ellis Chicago, IL 60653 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Kate Johnson 455 Marlborough Road Brooklyn, NY 11226 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Kate Miller 816 W. Oakdale #2 CHICAGO, IL 60657 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Kate Rowland 5120 S. University #3 Chicago, IL 60615 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Katherine Egan 1157 W. Roscoe CHICAGO, IL 60657 | | - | | | | | | 90.00 |

Sheet no. __98__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,    Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Katherine Smith**<br>**4702 N Malden #3**<br>**Chicago, IL 60640** | | - | | | | | | **90.00** |
| Account No.<br><br>**Katherine White**<br>**12597 Meadow Circle**<br>**Lake Bluff, IL 60044** | | - | | | | | | **90.00** |
| Account No.<br><br>**Kathleen Andersen**<br>**1470 Winnemac #2**<br>**Chicago, IL 60640** | | - | | | | | | **90.00** |
| Account No.<br><br>**Kathleen Day**<br>**4144 W. Crystal**<br>**Chicago, IL 60651** | | - | | | | | | **90.00** |
| Account No.<br><br>**Kathleen Johnson**<br>**0S940 Green**<br>**Elborn, IL 60119** | | - | | | | | | **90.00** |

Sheet no. __99__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Kathleen McHugh <br> 1743 N. Fern Ct <br> Chicago, IL 60614 | - | | | | | | 90.00 |
| Account No. <br><br> Kathleen Thompson <br> 3848 N Milwaukee <br> CHICAGO, IL 60641 | - | | | | | | 90.00 |
| Account No. <br><br> Kathryn Sheldon <br> 4301 N Melvina <br> Chicago, IL 60634 | - | | | | | | 90.00 |
| Account No. <br><br> Kathy Freeman <br> 182 W. Lake Street; Unit 507 <br> Chicago, IL 60601-1065 | - | | | | | | 90.00 |
| Account No. <br><br> Kathy Habib <br> 1031 W. Altgeld <br> Chicago, IL 60614 | - | | | | | | 90.00 |

Sheet no. __100__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Kathy Mueller 22W303 Foster Ave Medinah, IL 60157 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Kathy Mueller 22W303 Foster Ave Medinah, IL 60157 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Katie Balson 4525 N Hamilton Ave CHICAGO, IL 60625 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Katie Fizdale 3024 W Palmer Blvd CHICAGO, IL 60647 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Katie Hernandez 1423 W Fletcher CHICAGO, IL 60657 | | - | | | | | | 90.00 |

Sheet no. __101__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa__ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Katie McHugh 930 W. Sheridan #3NE CHICAGO, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Katie Porter 2111 W Belmont #4 CHICAGO, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Katie Sherman 4257 N Central Park Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Katie Vandehey 1705 W. Leland #2 Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Kavitha Menon 3243 N Seminary Ave, #1 Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __102__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Keeanga Taylor** 3248 W. Evergreen Ave Chicago, IL 60651 | - | | | | | | | 90.00 |
| Account No. **Kelate Gaim** 840 W. Sunnyside Ave Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. **Kelly Fitzpatrick** 2259 W 18th Place CHICAGO, IL 60608 | - | | | | | | | 90.00 |
| Account No. **Kelly McDonagh** 2219 W Farragut Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. **Kelly McDonagh** 2219 W Farragut Chicago, IL 60625 | - | | | | | | | 90.00 |

Sheet no. __103__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Kellye Hudson 8521 Cypress Lake Drive E Knoxville, TN 37923 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Ken Mitchell 4407 N. Racine Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Kevin B. O'Reilly 5252 N. Kenmore Ave., Apt. 2 Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Kevin Brown 6533 N. Newgard, #3 Chicago, IL 60626 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Kevin Joyce 5454 s. Laramie Ave Apt 11 Chicago, IL 60638 | - | | | | | | | 90.00 |

Sheet no. __104__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re **The Women's Gym DBA Thousand Waves Spa** ,  Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kevin Kelly**<br>**3929 N ASHLAND AVE**<br>**CHICAGO, IL 60613** | - | | | | | | | 90.00 |
| Account No.<br><br>**Kevin Marks**<br>**2219 W Walton St Apt 2**<br>**Chicago, IL 60622** | - | | | | | | | 90.00 |
| Account No.<br><br>**Kevin Staskel**<br>**9 North 9th Street Apt 613**<br>**Philadelphia, PA 19107** | - | | | | | | | 90.00 |
| Account No.<br><br>**Kim Diehnelt**<br>**620 W Belmont, #207**<br>**Chicago, IL 60657** | - | | | | | | | 90.00 |
| Account No.<br><br>**Kim Richards**<br>**1225 W Wellington**<br>**CHICAGO, IL 60657** | - | | | | | | | 90.00 |

Sheet no. __105__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kim Wilkinson** <br> **417A West Grant Place** <br> **Chicago, IL 60614** | - | | | | | | 90.00 |
| Account No. <br><br> **Kimberly Richardson** <br> **2609 Central Street Ap#3** <br> **Evanston, IL 60201** | - | | | | | | 90.00 |
| Account No. <br><br> **Kimberly Smathers** <br> **2437 W. Ainslie #2F** <br> **Chicago, IL 60625** | - | | | | | | 90.00 |
| Account No. <br><br> **Kiran Mehta** <br> **708 W Buena** <br> **Chicago, IL 60613** | - | | | | | | 90.00 |
| Account No. <br><br> **Kirstin Leiby** <br> **5820 N Broadway** <br> **CHICAGO, IL 60660** | - | | | | | | 90.00 |

Sheet no. __106__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,          Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Kitty Slattery 1250 W. Glenlake Chicago, IL 60660** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Krista Booth 3331 N. Karlov Chicago, IL 60641** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Kristen Jones 1464 S Michigan Ave, #1202 CHICAGO, IL 60605** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Kristi Czapiewski 410 N Emhurst Ave Mount Prospect, IL 60056** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Kristin Buller 1210 E. 54th St. #3 Chicago, IL 60615** | - | | | | | | | 90.00 |

Sheet no. __107__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                                    ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kristin Dryer**<br>**533 W. Barry Avenue**<br>**Chicago, IL 60657** | - | | | | | | | **90.00** |
| Account No.<br><br>**Kristin Lynch**<br>**1300 W Altgeld, #110**<br>**CHICAGO, IL 60614** | - | | | | | | | **90.00** |
| Account No.<br><br>**Kristin Maccallum**<br>**3131 North Clifton Ave Apt 1**<br>**CHICAGO, IL 60657** | - | | | | | | | **90.00** |
| Account No.<br><br>**Ktimene Axetell**<br>**3527 N Hermitage, #2**<br>**CHICAGO, IL 60657** | - | | | | | | | **90.00** |
| Account No.<br><br>**Kurt Drain**<br>**4704 N. Sawyer, #3N**<br>**Chicago, IL 60625** | - | | | | | | | **90.00** |

Sheet no. __108__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Kyla Wenger 3054 N Southport Chicago, IL 60657** | | - | | | | | | 90.00 |
| Account No. **Kyla Wenger 3054 N Southport Chicago, IL 60657** | | - | | | | | | 90.00 |
| Account No. **Kyle Brumfield 4527 N Whipple Ave Apt#2 Chicago, IL 60625** | | - | | | | | | 90.00 |
| Account No. **Kyle Buck 28651 Thorngate Drive Mundelein, IL 60060** | | - | | | | | | 90.00 |
| Account No. **Kyna Nicholas 8104 South Avalon Chicago, IL 60619** | | - | | | | | | 90.00 |

Sheet no. __**109**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                              ,      Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| La Vern Roberts 3021 W Cullon #1 CHICAGO, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Laju Tripathi 901 S. Plymouth Court, Apt 1602 Chicago, IL 60605 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lara Beasley 711 Glouster Knoll Dr SILVER SPRING, MD 20901 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Larry Dieckmann 1508 w estes chicago, IL 60626 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Latoya Smith 3765 N. Magnolia CHICAGO, IL 60613 | - | | | | | | | 90.00 |

Sheet no. __**110**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,       Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Laura Brown 2600 W Winnemac #2A Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Laura Cannata 1731 W. Fletcher Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Laura Kopen 2068 N. Leavitt 2fl Chicago, IL 60647-4453 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Laura Lynch 3241 N Seminary Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Laura Mattson 2008 S Wabash #4 Chicago, IL 60616 | - | | | | | | | 90.00 |

Sheet no. __111__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,    Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Laura Miracle Tamarkin<br>2622 W Walton St<br>Chicago, IL 60622 | | - | | | | | | 90.00 |
| Account No.<br><br>Laura Stempel<br>2345 W. Thomas<br>Chicago, IL 60622 | | - | | | | | | 90.00 |
| Account No.<br><br>Laura Zhang<br>1619 W. Belmont Ave.<br>Chicago, IL 60613 | | - | | | | | | 90.00 |
| Account No.<br><br>Lauren Mepham<br>1623 W. Belmont, #g2<br>Chicago, IL 60657 | | - | | | | | | 90.00 |
| Account No.<br><br>Lauren Schwendimann<br>4722 N. Beacon, #2E<br>Chicago, IL 60640 | | - | | | | | | 90.00 |

Sheet no. __112__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Laurie Fuller <br> 6325 N. Lakewood <br> Chicago, IL 60660 | | - | | | | | | 90.00 |
| Account No. <br><br> Lawrence Benito <br> 6424 S. Dorchester Ave. #3 <br> Chicago, IL 60637 | | - | | | | | | 90.00 |
| Account No. <br><br> Leah Mayers <br> 4669 N. Manor Avenue <br> Chicago, IL 60625 | | - | | | | | | 90.00 |
| Account No. <br><br> Lee McLain <br> 1622 W. Cullom <br> Chicago, IL 60613 | | - | | | | | | 90.00 |
| Account No. <br><br> Lee Stark <br> 2655 W. Ainslie, #3 <br> Chicago, IL 60625 | | - | | | | | | 90.00 |

Sheet no. __113__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Leigh Jones 5707 N. Campbell Chicago, IL 60657 | | - | | | | | | 90.00 |
| Account No. Leigh Pyle 2707 W. Hisch, #2 Chicago, IL 60622 | | - | | | | | | 90.00 |
| Account No. Leslee Carver 1044 W. Byron #2 Chicago, IL 60613 | | - | | | | | | 90.00 |
| Account No. Lesley Ames 1413 West Summerdale Chicago, IL 60640 | | - | | | | | | 90.00 |
| Account No. Leslie Fiedler 3549 S. Hoyne Chicago, IL 60609 | | - | | | | | | 90.00 |

Sheet no. __114_ of __202_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Lidia Huerta 9610 Tulley Oak Lawn, IL 60453 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Life Guihan 6624 N Campbell Chicago, IL 60645 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Life Thomas 6624 n Campbell Chicago, IL 60645 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lili Smith 2619 W Gunnison Chicago, IL 60625 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lillian Peterson 2028 S Canalport Ave Chicago, IL 60616 | | - | | | | | | 90.00 |

Sheet no. __115_ of _202_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa__ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Linda Buyer 3930 N Pine Grove Ave, #1411 Chicago, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Linda Garmager 932 Manchester Street Naperville, IL 60563 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Linda Schluderberg 207 Rollingfield Road Catonsville, MD 21228 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lindsay Ammons 1943 W Oakdale Apt#1 Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lindsay Cusack 3838 W. 111th #208 Chicago, IL 60655 | - | | | | | | | 90.00 |

Sheet no. __116__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                                    ,      Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Lindsey Stow** **918 W. Newport Ave. Apt. B** **Chicago, IL 60657** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Lisa Espinosa** **3631 S. Hermitage #1** **Chicago, IL 60609** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Lisa Fernandez** **2319 S Oakley** **CHICAGO, IL 60608** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Lisa Hoover** **P.O. Box 262** **Blue Lake, CA 95525** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Lisa Johnson** **1254 45th Ave** **San Francisco, CA 94122** | - | | | | | | | 90.00 |

Sheet no. __117__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Lisa La Vallee 2111 W. Superior St CHICAGO, IL 60612 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lisa Pickert 2526 N. Wayne Chicago, IL 60614 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lisa Portes 3308 S Lituanica Chicago, IL 60608 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lisa Strube 2S300 Valley Rd. Lombard, IL 60148 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lisa Wagner 3016 N. Christiana Chicago, IL 60618 | - | | | | | | | 90.00 |

Sheet no. __118__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                          ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Lisa Warren 6632 N Chicora Ave CHICAGO, IL 60646 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lissa Levy 4917 N. Ashland #2 Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Liz Salinas 821 N. Rockwell, #1 Chicago, IL 60622 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lizzy Kreindler 815 W Addison, #GF CHICAGO, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lois Basil 4822 N. Leavitt Chicago, IL 60625 | - | | | | | | | 90.00 |

Sheet no. __**119**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Lori DeHerrera 1430 W Cuyler Ave Chicago, IL 60613 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lori Graber 9001 SW 125 Terrace Miami, FL 33176 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lourdes Arias 3548 W Palmer #2 Chicago, IL 60647 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Lowell DeFrance 7808 W 160th Street Tinley Park, IL 60477 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| LUKE MELLENS 3318 n damen ave unit 3 chicago, IL 60618 | | - | | | | | | 90.00 |

Sheet no. __120__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,    Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Lynn Renik** **3600 N. LakeShore Drive #2020** **Chicago, IL 60613** | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| **Lynne Perron** **6031 N Bernard** **Chicago, IL 60659** | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| **Madeha Farrar** **733 W California Terrace** **Chicago, IL 60657** | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| **Madonna Lekas** **1956 W. School** **Chicago, IL 60657** | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| **Maggie Andersen** **2615 W Agatite** **CHICAGO, IL 60625** | - | | | | | | 90.00 |

Sheet no. __**121**_ of _**202**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Maggie Bowman 4545 N. Hamilton Ave. #3E Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Maggie Fay 3652 N. Janssen Ave Apt. 1F CHICAGO, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Maggie Vagle 1468 W. Foster #2 Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mai Martinez PO Box 11383 Chicago, IL 60611 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mairin Barney 3730 N Albany Ave CHICAGO, IL 60618 | - | | | | | | | 90.00 |

Sheet no. **122** of **202** sheets attached to Schedule of     Subtotal     450.00
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Manjari Khaitan** <br> **540 N state st** <br> **chicago, IL 60654** | - | | | | | | 90.00 |
| Account No. <br><br> **Mara Tapp** <br> **3800 N. Lakeshore Drive** <br> **Chicago, IL 60613** | - | | | | | | 90.00 |
| Account No. <br><br> **Marci Morgan** <br> **4453 N. Paulina, #2** <br> **Chicago, IL 60640** | - | | | | | | 90.00 |
| Account No. <br><br> **Margaret Browning** <br> **1312 East 56th St** <br> **Chicago, IL 60637** | - | | | | | | 90.00 |
| Account No. <br><br> **Margaret Loly** <br> **2604 Jacardanda** <br> **Carlsbad, CA 92009** | - | | | | | | 90.00 |

Sheet no. __123__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Margaret Quinn** <br> **3126 N Clifton Ave unit 2** <br> **Chicago, IL 60657** | - | | | | | | **90.00** |
| Account No. <br><br> **Margaret Rakowski** <br> **1430 N Lunt Ave 3E** <br> **Chicago, IL 60626** | - | | | | | | **90.00** |
| Account No. <br><br> **Margaret Storey** <br> **1454 W Hollywood Ave #1E** <br> **Chicago, IL 60660** | - | | | | | | **90.00** |
| Account No. <br><br> **Margo Olson** <br> **2536 N. Kimball Ave, #3** <br> **Chicago, IL 60647** | - | | | | | | **90.00** |
| Account No. <br><br> **Marguerite Judge** <br> **3832 N Alta Vista Terrace** <br> **CHICAGO, IL 60613** | - | | | | | | **90.00** |

Sheet no. __124__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                                    ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Maria NUMBER 2 Garcia 4419 N Troy Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Maria Olsen 2783 W. Francis #1 Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Maria Roche 2522 N Keating ave CHICAGO, IL 60639 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Maria Rubio 6214 W Holbrook Chicago, IL 60646 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Maria Theisen 855 W Oakdale Ave Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __125__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa** ,   Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Maria-Teresa Roman** <br> **2953 W. Belden** <br> **Chicago, IL 60647** | - | | | | | | 90.00 |
| Account No. <br><br> **Mariaelena Lozano** <br> **2646 W. 43rd St.** <br> **Chicago, IL 60632** | - | | | | | | 90.00 |
| Account No. <br><br> **Maribel Yanez-Castro** <br> **1368 W Fuller** <br> **CHICAGO, IL 60608** | - | | | | | | 90.00 |
| Account No. <br><br> **Maricela Donahue** <br> **1381 N Van Dorn St** <br> **Alexandria, VA 22304** | - | | | | | | 90.00 |
| Account No. <br><br> **Marie Casimir** <br> **2235 W Belden, apt 1F** <br> **CHICAGO, IL 60647** | - | | | | | | 90.00 |

Sheet no. __**126**__ of __**202**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Marie O'Brien 5441 S. Kenwood, #2 Chicago, IL 60615 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Marie Walz 2655 W. Leland Chicago, IL 60625 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Marilyn Pearson 1700 Riverwoods Drive #720 Chicago, IL 60160 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Marina Fleming 802 s. vine st. denver, CO 80209 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Marion Stern 2960 N. Lake Shore Drive Apt. 1307 Chicago, IL 60657 | | - | | | | | | 90.00 |

Sheet no. __127_ of __202_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                                    ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Marissa Martinez 1523 W. 17th St. CHICAGO, IL 60608 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mark Kasten 1940 West Cuyler Ave Chicago, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mark Paye 1249 W. Argyle St Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Marlee Coquillard 3035 N Seminary, #12 CHICAGO, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Marsha East 829 Ferdinand Ave Forest Park, IL 60130 | - | | | | | | | 90.00 |

Sheet no. __128__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                              ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Marta Considine 4259 West Thorndale Chicago, IL 60646 | - | | | | | | 90.00 |
| Account No.  Martha Crandall 4021 N. Sacramento Chicago, IL 60618 | - | | | | | | 90.00 |
| Account No.  Martha Spalding 5646 N. Kenmore #3B Chicago, IL 60660 | - | | | | | | 90.00 |
| Account No.  Marti Cruz 2832 N Francisco Avenue Chicago, IL 60618 | - | | | | | | 90.00 |
| Account No.  Martin Ridge 3347 South Lituanica Chicago, IL 60608 | - | | | | | | 90.00 |

Sheet no. __129__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                              ,   Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Mary Ann Johnson 2109 N. Humboldt Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mary Ann Morris 920 Kings Mill Rd Chapel hill, IL 27517 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mary Ann Stare 1225 Grandview Dr CHINO HILLS, CA 91709 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mary Beth Grimberg 938 Emerald Street San Diego, CA 92109 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mary Fogg 4421 N. Lawndale #1A Chicago, IL 60625 | - | | | | | | | 90.00 |

Sheet no. __130__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                          ,        Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Mary Maloney 17705 Harper Rd TinleyPark, IL 60487 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mary Martin 1961 Camp Madron Rd. #50. Buchanan, MI 49107 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mary Paton 743 W. Brompton, 2N Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mary Schuller 918 Reba Place Apt. 3S Evanston, IL 60202 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mary Verner 4341 N. Avers Chicago, IL 60618 | - | | | | | | | 90.00 |

Sheet no. __131__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re **The Women's Gym DBA Thousand Waves Spa**                                        ,    Case No. _____
                                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mary Vukcevich 5546 S Blackstone, #1 CHICAGO, IL 60637 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Maryam Hussain 5458 S. Cornell Ave. #2W Chicago, IL 60615 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Maryse Richards 3232 N. Kenmore #2 Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Matt Anderson 3438 N Kilbourn Ave Chicago, IL 60641 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Matt Floodman 2738 W Belmont Ave 4E Chicago, IL 60618 | - | | | | | | | 90.00 |

Sheet no. __132__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                          ,       Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Matt Gavronski 3316 n damen ave unit 3 chicago, IL 60618 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Matt Koss 424 W. Oakdale Ave. #303 Chicago, IL 60657 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Matthew Andersen 8319 38th St Circle E, #305 Sarasota, FL 34243 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Matthew Lynch 3606 west grace st chicago, IL 60618 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Matthew Rollins 95-227 Waikalani Dr. #305 Mililani, HI 96789 | | - | | | | | | 90.00 |

Sheet no. __**133**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Matthew Sorenson PO Box 408506 Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Matthew Spina 5537 N Kenmore Ave Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Matthew Vargos 7830 161st Street Tinley Park, IL 60477 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Maud Hickey 2116 Cleveland St. Evanston, IL 60202 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Maura Starshak 3454 N Hamilton Chicago, IL 60618 | - | | | | | | | 90.00 |

Sheet no. __134__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                        ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Maureen Barrett** <br> **4108 N Kenmore Ave** <br> **Chicago, IL 60613** | | - | | | | | | 90.00 |
| Account No. <br><br> **Maureen Correa** <br> **6250 N. Oakley #1** <br> **Chicago, IL 60659** | | - | | | | | | 90.00 |
| Account No. <br><br> **Maureen Walrath** <br> **2700 N Sacramento Ave Unit 3** <br> **Chicago, IL 60647** | | - | | | | | | 90.00 |
| Account No. <br><br> **Mechelle Moe** <br> **1614 W. Irving Park** <br> **Chicago, IL 60640** | | - | | | | | | 90.00 |
| Account No. <br><br> **Meera Sethi** <br> **1846 Delaware St** <br> **Berkeley, CA 94703** | | - | | | | | | 90.00 |

Sheet no. __135__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Megan Chung 1841 South Calumet Avenue #1202 Chicago, IL 60616 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Megan Gailey 4230 Heyward Ln Indianapolis, IN 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Megan Heffernan 3350 S. Lituanica Ave, #1 Chicago, IL 60608 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Megan Holmberg 5732 N Kenmore Ave Chicago, IL 60660-6514 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Megan McCaddon 1523 W Henderson #H CHICAGO, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __136__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Megan Polk 1800 W. Roscoe Unit 204 Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Meghan Clemens 2314 Fish Ave Bronx, NY 10469 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Meghan Geary 609 Mercer St Albany, RI 12208 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Mel Ferrand 3311 W. Pensacola Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Melanie LaForce 2530 N Monticello Chicago, IL 60647 | - | | | | | | | 90.00 |

Sheet no. __**137**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                    ,        Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Melanie Patrick** <br> **801 S. Plymouth Ct.** <br> **Chicago, IL 60605** | - | | | | | | **90.00** |
| Account No. <br><br> **Melanie Patrick** <br> **801 S. Plymouth Ct.** <br> **Chicago, IL 60605** | - | | | | | | **90.00** |
| Account No. <br><br> **Meleah Rush** <br> **1443 W. Winnemac #3** <br> **Chicago, IL 60640** | - | | | | | | **90.00** |
| Account No. <br><br> **Melika Bass** <br> **1459 W Winnemac 3FL** <br> **Chicago, IL 60640** | - | | | | | | **90.00** |
| Account No. <br><br> **Melisha Savage** <br> **4835 N Leavitt St Apt 1** <br> **Chicago, IL 60625** | - | | | | | | **90.00** |

Sheet no. __**138**__ of __**202**__ sheets attached to Schedule of                         Subtotal                 **450.00**
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Melissa Anderson 2138 W Warner Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Melissa Hohimer 2733 N Francisco #2 CHICAGO, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Melissa Iverson 2960 W Montrose Apt#3 Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Melissa Rosenzweig 1126 E 59th St CHICAGO, IL 60637 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Melissa Schwarz 3252 N Kildare Ave Chicago, IL 60641 | - | | | | | | | 90.00 |

Sheet no. __**139**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Mercy Sanchez 2149 W Ohio St, #2E CHICAGO, IL 60612 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Meredith Dixon 1101 Juniper St. Apt. 1520 Atlanta, GA 30309 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Meredith Hirshfeld 2662 N Burling CHICAGO, IL 60614 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Michael Christensen 4406 N. Keeler Chicago, IL 60630 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Michael Feldman 1225 N. Wells St., Unit 708 Chicago, IL 60610 | - | | | | | | | 90.00 |

Sheet no. __140__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa** ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Michael McIntyre** <br> **2336 N Kedvale** <br> **Chicago, IL 60639** | - | | | | | | | **90.00** |
| Account No. <br><br> **Michael Tanner** <br> **844 W. Ainslie St. #L2** <br> **CHICAGO, IL 60640** | - | | | | | | | **90.00** |
| Account No. <br><br> **Michele Day** <br> **4659 N. Ravenswood, #103** <br> **CHICAGO, IL 60640** | - | | | | | | | **90.00** |
| Account No. <br><br> **Michele Day** <br> **4659 N. Ravenswood, #103** <br> **CHICAGO, IL 60640** | - | | | | | | | **90.00** |
| Account No. <br><br> **Michele Weinstein** <br> **5012 N. Lawndale** <br> **CHICAGO, IL 60625** | - | | | | | | | **90.00** |

Sheet no. __**141**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                              ,      Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Michelle Boyd** <br> **1323 W Lunt Ave, #2W** <br> **CHICAGO, IL 60626** | - | | | | | | 90.00 |
| Account No. <br><br> **Michelle Vodenik** <br> **1316 N. 17th** <br> **Melrose Park, IL 60160** | - | | | | | | 90.00 |
| Account No. <br><br> **Michelle Voigts** <br> **3219 N. Racine Ave. #2N** <br> **Chicago, IL 60657** | - | | | | | | 90.00 |
| Account No. <br><br> **Miguel Nieves** <br> **5226 N Oak Park Ave** <br> **Chicago, IL 60656** | - | | | | | | 90.00 |
| Account No. <br><br> **Mike Cama** <br> **5344 W Wilson Ave** <br> **Chicago, IL 60630** | - | | | | | | 90.00 |

Sheet no. __142__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                   ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

**Mike Fisherman
663 w wellington
chicago, IL 60657** | | - | | | | | | 90.00 |
| Account No.

**Mike Green
201 San Antonio Circle Ste. 280
Mountain View, CA 94040** | | - | | | | | | 90.00 |
| Account No.

**Mike McGee
1733 W. Irving Park Rd 224
Chicago, IL 60613** | | - | | | | | | 90.00 |
| Account No.

**Mike Walsh
2440 w winona st
chicago, IL 60625** | | - | | | | | | 90.00 |
| Account No.

**Mindbody Processing
4051 Broad Street
Suite 220
San Luis Obispo, CA 93401** | | - | | **credit card processing software** | | | | 0.00 |

Sheet no. __**143**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

360.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Mo Scanlan 3011 N. Racine CHICAGO, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Molly Schemper 1850 S. Blue Island Ave.. Chicago, IL 60608 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Molshree Sharma 1169 S. Lyman Ave Oak Park, IL 60304 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Monica Carter 6147 N, Sheridan Rd, Chicago, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Monica Vuksanovich 2425 W. Farragut, 2A Chicago, IL 60625 | - | | | | | | | 90.00 |

Sheet no. __144__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mony Ruiz-Velasco** <br> **1017 Home Ave** <br> **Oak Park, IL 60304** | | - | | | | | | 90.00 |
| Account No. <br><br> **Nadia Webb** <br> **400 N LaSalle, #1703** <br> **CHICAGO, IL 60654** | | - | | | | | | 90.00 |
| Account No. <br><br> **Nancy Bothne** <br> **1117 W. Lunt** <br> **Chicago, IL 60626** | | - | | | | | | 90.00 |
| Account No. <br><br> **Nancy Bothne** <br> **1117 W. Lunt** <br> **Chicago, IL 60626** | | - | | | | | | 90.00 |
| Account No. <br><br> **Nancy Gordon** <br> **1442 W. Winona 1W** <br> **Chicago, IL 60640** | | - | | | | | | 90.00 |

Sheet no. __145__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,        Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nancy Lipschutz** <br> **1540 Brassie Ave** <br> **Chicago, IL 60422** | - | | | | | | 90.00 |
| Account No. <br><br> **Nancy Lipschutz** <br> **1540 Brassie Ave** <br> **Chicago, IL 60422** | - | | | | | | 90.00 |
| Account No. <br><br> **Nancy Mcray** <br> **820 Southlawn** <br> **East Lansing, MI 48823** | - | | | | | | 90.00 |
| Account No. <br><br> **Nancy Menjivar** <br> **1873 N. Hoyne** <br> **Chicago, IL 60647** | - | | | | | | 90.00 |
| Account No. <br><br> **Natalie Adair** <br> **1508 W Hollywood Ave #2F** <br> **Chicago, IL 60660** | - | | | | | | 90.00 |

Sheet no. __146__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Natalie Evans 1317 W Farwell Ave #3 CHICAGO, IL 60626 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Natalie Smith 4012 West Ainslie Street Chicago, IL 60630 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Nate Zimmerman 3730 North Lakeshore Dr. #11b Chicago, IL 60613 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Nathan Nickells 3727 N Pine Grove Ave #301 Chicago, IL 60613 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Naveed Asem 3150 N LAKE SHORE DR APT 5F CHICAGO, IL 60657 | - | | | | | | 90.00 |

Sheet no. __147__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,        Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Neil Crumpton 4940 N. Ridgeway Ave, Unit 1 Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Nereida Castro 1733 N. Maplewood Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Nicholas Becker 640 W. Waveland Ave., Apt. 4E Chicago, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Nick Anderson 2942 North Wood Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Nick Gianou 1305. S. Michigan Ave., Apt. 702 Chicago, IL 60605 | - | | | | | | | 90.00 |

Sheet no. __148__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                          ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Nick Macri 4233 N. Sawyer Ave. Chicago, IL 60618 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Nicole Bussard 2917 W Wilson Chicago, IL 60625 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Nicole Collier 3955 N Lamon Ave Apt 108 Chicago, IL 60641 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Nicole Collins 6257 N Sheridan Rd #48 CHICAGO, IL 60660 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Nicole Parker 2512 N. Lawndale #2 Chicago, IL 60647 | - | | | | | | 90.00 |

Sheet no. **149** of **202** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                              ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Nicole Sotelo 918 W Winona, #606 Chicago, IL 60640** | | - | | | | | | 90.00 |
| Account No. **Nicolette Mendez 2522 W. Flournoy Unit 2 Chicago, IL 60612** | | - | | | | | | 90.00 |
| Account No. **Nina Joy Lichtenstein 3307 W. Dickens #3 Chicago, IL 60647** | | - | | | | | | 90.00 |
| Account No. **Nomi Dworkin 2123 w. hoyt ave st. paul, MN 55108** | | - | | | | | | 90.00 |
| Account No. **Norma Fernandez 5954 S Nashville Chicago, IL 60638** | | - | | | | | | 90.00 |

Sheet no. __150__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa** _____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Norma Luna 3023 N. Oketo Elmwood, IL 60707 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Norma Seledon 3124 S Ridhewat Ave CHICAGO, IL 60623 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Ofelia Soba 3601 N. Southport 2C Chicago, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Omar Arain 3450 north lake shore drive apt 1902 Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Oren Sreebny 70 E 18TH ST UNIT 4A CHICAGO, IL 60616 | - | | | | | | | 90.00 |

Sheet no. **151** of **202** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Pam Robinson 3712 N. Janssen, #1 Chicago, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Pamela Banas 13024 Garris Avenue Granada Hills, CA 91344 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Pamela Fabian 5431 N. East River Road #1002 Chicago, IL 60656 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Pamela Hall 4706 N Damen Ave CHICAGO, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Pamela Jordan 7264 N. Rogers Chicago, IL 60645 | - | | | | | | | 90.00 |

Sheet no. __152__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Pamela Pierro 1248 W. Fletcher St. #G Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Pat Conway 6130 N Hermitage CHICAGO, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Pat Guizzetti 6226 N.Lakewood Ave Chicago, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Pat Morin 5642 N. Keystone Lincolnwood, IL 60646 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Pat Xourias 1251 W Fletcher Apt D Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __153__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                                    ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Patia Bartlett 1448 W Berwyn Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Patricia Andreuzzi 1741 North Kedvale Chicago, IL 60639 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Patricia Shaw 8420 S. Kenwood Chicago, IL 60619 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Patricia Taylor 8823 Seward St Evanston, IL 60202 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Paul Kelly 1330 W. Henderson St. #2 Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __154_ of _202_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Paul Proto 3530 N Leavitt St #2 Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Paula Dell 2414 W. Winona St., #2E Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Paula Hooper 101 Capra Way #201 San Francisco, CA 94123 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Paula Sankarsingh 2034 W Berwyn Ave Chicago, IL 60625 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Paula Sjogerman 6506 N. Maplewood Chicago, IL 60645 | - | | | | | | | 90.00 |

Sheet no. __155__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Peggy Brittman** 9530 S Cook #309 OAK LAWN, IL 60453 | - | | | | | | 90.00 |
| Account No. **Penny Delsohn** 6401 Pershing Rd. Stickney, IL 60402 | - | | | | | | 90.00 |
| Account No. **Penny Grillos** 4117 N. Mobile Chicago, IL 60634 | - | | | | | | 90.00 |
| Account No. **Peter Elliott** 1407 Kirk street Evanston, IL 60202 | - | | | | | | 90.00 |
| Account No. **Peter Preston** 5148 N Oakley Ave Chicago, IL 60625 | - | | | | | | 90.00 |

Sheet no. __156_ of _202_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Phillip Howell 1264 W. Ardmore Ave. Chicago, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Piotr Korzynski 15415 S. Rosarie Dr. Homer Glen, IL 60491 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Prashant Srivastava 1624 W Wabansia Avenue Chicago, IL 60622 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rachel Kamin 1054 Holly Circle Lake Zurich, IL 60047 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rachel Lopatin 3150 N. Lake Shore Drive Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __157__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,   Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rachel Murray** <br> **1757 W School St** <br> **Chicago, IL 60657** | - | | | | | | **90.00** |
| Account No. <br><br> **Rachel Oleinick** <br> **810 W. Lakeside Place #308** <br> **Chicago, IL 60640** | - | | | | | | **90.00** |
| Account No. <br><br> **Rachel Reichlin** <br> **5042 N Leavitt St, #3** <br> **Chicago, IL 60625** | - | | | | | | **90.00** |
| Account No. <br><br> **Rachel Rosner** <br> **1316 Main** <br> **Evanston, IL 60202** | - | | | | | | **90.00** |
| Account No. <br><br> **Rachel Trana** <br> **3170 N Sheridan Rd, #1104** <br> **CHICAGO, IL 60657** | - | | | | | | **90.00** |

Sheet no. **158** of **202** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Rachel Weber <br> 713 S. Humphrey <br> Oak Park, IL 60304 | - | | | | | | 90.00 |
| Account No. <br><br> Radek Skalski <br> 734 Jefferson St. <br> Hinsdale, IL 60521 | - | | | | | | 90.00 |
| Account No. <br><br> Ranae Schlichting <br> 3722 W Cornelia Ave, #2F <br> Chicago, IL 60618 | - | | | | | | 90.00 |
| Account No. <br><br> Ravi Mistry <br> 1100 Joe wheeler Drive <br> Tuscumbia, AL 35646 | - | | | | | | 90.00 |
| Account No. <br><br> Rebecca Bishop <br> 7233 Breen <br> Niles, IL 60714 | - | | | | | | 90.00 |

Sheet no. __159__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa** ,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Rebecca Carriere 3112 N. Ravenswood #5 Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rebecca Holzhei 4816 N. Paulina, #1C Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rebecca Luttrell 4523 1/2 S. Drexel Blvd CHICAGO, IL 60653 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rebecca Morris 4209 Butler Street #2 Pittsburgh, PA 15201 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rebecca Pillsbury 738 SE 16th Ave Portland, OR 97214 | - | | | | | | | 90.00 |

Sheet no. __160__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Rebecca Sohn <br> 1264 W. Winnemac, #2 <br> CHICAGO, IL 60640** | - | | | | | | 90.00 |
| Account No. <br><br> **Rebecca Zemans <br> 1455 W Wilson, #1 <br> Chicago, IL 60640** | - | | | | | | 90.00 |
| Account No. <br><br> **Rebecca Zisook <br> 2957 N Spaulding Ave APT 3F <br> Chicago, IL 60618** | - | | | | | | 90.00 |
| Account No. <br><br> **Rebekah Levin <br> 1044 S. Gunderson <br> Oak Park, IL 60304** | - | | | | | | 90.00 |
| Account No. <br><br> **Rebekah Scheinfeld <br> 4451 N. Beacon #3 <br> Chicago, IL 60613** | - | | | | | | 90.00 |

Sheet no. __161__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **The Women's Gym DBA Thousand Waves Spa**                                     ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Reece Pendleton** **2674 Prairie Ave** **Evanston, IL 60201** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Regina Mamou** **15 S Racine Ave, #4S** **Chicago, IL 60607** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Regina Rosenbrock** **839 n grove ave** **Oak Park, IL 60302** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Regina Ward** **588 W Cornelia** **CHICAGO, IL 60657** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Rekha (Renukma) Krishnamoorthy** **3150 N. Sheridan Rd #8A** **Chicago, IL 60657** | - | | | | | | | 90.00 |

Sheet no. __162__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Rhonda Tullis 1229 W Greenleaf, #2N Chicago, IL 60626 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| RICHARD ERNST 1223 W. ADDISON CHICAGO, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Richard Werner 3076 N. Elston Ave. apt. 2 Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rick Storer 2411 Church Street Evanston, IL 60201 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rigoberto Villa 5742 N Melvina Chicago, IL 60646 | - | | | | | | | 90.00 |

Sheet no. __163_ of _202_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Robb Angus 2333 W. St. Paul #133 Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Robert Chamberlain 3012 W. Lyndale St. Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Robert Davey 5207 Evans Ave #A Austin, TX 78751 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Robert DiLeonardi 550 Drexel Ave. Glencoe, IL 60022 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Robert Krystyn 5111 S. Kimbark Apt. 13-G Chicago, IL 60615 | - | | | | | | | 90.00 |

Sheet no. __164__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa** ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Robert Lilisa 1929 Wenonah ave. Berwyn, IL 60402 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Robert Waller 1410 W Melrose ST Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rochelle Reeder 1200 E 106th Place SOUTH HOLLAND, IL 60473 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rodrigo Luna 6040 W Wrightwood Chicago, IL 60639 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rohini Mendonca 1446 W Wolfram Ave CHICAGO, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __165__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ron Perrillo 3807 North Richmond Chicago, IL 60618 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Ronald Harvey 555 W. Cornelia Ave. Apt. 2004 Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rosa Ortiz 1510 SE 34th Ave Portland, OR 97214 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rose Darosa 4713 N. Paulina, #1 CHICAGO, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rose Freeman 2210 N Kimball Chicago, IL 60647 | - | | | | | | | 90.00 |

Sheet no. __166_ of __202_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                              ,      Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Rose Salazar 1742 W. Julian Chicago, IL 60622 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| ROSS FIERSTEN 4426 N. RAVENSWOOD CHICAGO, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Roy Rogers 4100 N Marine Dr APT 14B Chicago, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Roy Steele 1347 N Maplewood Ave Chicago, IL 60622 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Rudra Banerji 4324 N. Kostner Ave. Chicago, IL 60641 | - | | | | | | | 90.00 |

Sheet no. __167__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Russell Brinkman**<br>**2249 N. Spaulding**<br>**Chicago, IL 60647** | | - | | | | | 90.00 |
| Account No.<br><br>**Russell Herron**<br>**5824 S. Harper Ave.**<br>**Chicago, IL 60637** | | - | | | | | 90.00 |
| Account No.<br><br>**Ruth Lipschutz**<br>**223 Grey Ave**<br>**Evanston, IL 60202** | | - | | | | | 90.00 |
| Account No.<br><br>**Ryan Kappes**<br>**813 W. Buena Ave**<br>**Chicago, IL 60613** | | - | | | | | 90.00 |
| Account No.<br><br>**Ryan Monroe**<br>**4055 N. Hermitage Ave. 2N**<br>**Chicago, IL 60613** | | - | | | | | 90.00 |

Sheet no. __168__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ryan Rubright** <br> **75 Riverchase Blvd** <br> **Beaufort, SC 29906** | - | | | | | | 90.00 |
| Account No. <br><br> **S Schneider** <br> **1901 sunnyside circle** <br> **northbrook, IL 60062** | - | | | | | | 90.00 |
| Account No. <br><br> **Sam Koentopp** <br> **6312 N Keeler** <br> **Chicago, IL 60646** | - | | | | | | 90.00 |
| Account No. <br><br> **Sam Schiller** <br> **2456 West Huron St** <br> **Chicago, IL 60612** | - | | | | | | 90.00 |
| Account No. <br><br> **Samantha Chavis** <br> **2205 W. Eastwood Ave, #22** <br> **Chicago, IL 60625** | - | | | | | | 90.00 |

Sheet no. __169__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,   Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Samantha Murphy 3155 n. orchard st. apt 1 chicago, IL 60657 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Samantha Ray 1330 W Diversey #3W Chicago, IL 60614 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Samantha Scipio 1914 W Crystal, #2R CHICAGO, IL 60622 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sana Syal 520 N Ashley St, Apt 12 Ann Arbor, MI 48103 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sandra Hill 5903 timberlane road matteson, IL 60443 | | - | | | | | | 90.00 |

Sheet no. __170__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **The Women's Gym DBA Thousand Waves Spa** , Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Sara Black 1410 E. 56th #3 Chicago, IL 60637 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sara Camacho 1108 N. 10th Ave. Melrose Park, IL 60160 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sara Davenport 2020 Lincoln Park West #23M Chicago, IL 60614 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sara Davenport 2020 Lincoln Park West #23M Chicago, IL 60614 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sara Doran 3809 N Hamilton, #2 CHICAGO, IL 60618 | - | | | | | | | 90.00 |

Sheet no. **171** of **202** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sara Jane Roupe 1623 W Belmont Ave apt 1l Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sara Krueger 1211 Elmdale, #2A CHICAGO, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sara Miller 4734 N Kenmore CHICAGO, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sara O'Neill-Kohl 2501 N Kimball, #3 CHICAGO, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sara Philp 5741 West Cornelia Ave Chicago, IL 60634 | - | | | | | | | 90.00 |

Sheet no. __172__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                              ,      Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sarah Ball 2305 S Leavitt Chicago, IL 60608 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sarah Culbertson 1339 Eddy St, #2 CHICAGO, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sarah Ditzler 4632 N. Lawler Ave Chicago, IL 60630 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sarah Duncan 4801 S. Kenwood Ave. Chicago, IL 60615 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sarah Ernst 4046 N Monticello Apt #2 Chicago, IL 60618 | - | | | | | | | 90.00 |

Sheet no. __173__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sarah Harinstein 1451 W School St CHICAGO, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sarah Joy Liles 111335 S. St. Lawrence Ave Chicago, IL 60628 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sarah Landolfi 1641 W Farragut #2 Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Scott Cherney 416 W. Briar place Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Scott Loeff 4416 N.Greenview Ave Unit E Chicago, IL 60640 | - | | | | | | | 90.00 |

Sheet no. __174__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                            ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Scott Thompson 3319 w wilson Chicago, IL 60625 | | | | | | | | 90.00 |
| Account No. | | - | | | | | | |
| Sean Cleland 5978 N. Lincoln 5A Chicago, IL 60659-3747 | | | | | | | | 90.00 |
| Account No. | | - | | | | | | |
| Serena Valenti 655 W. Roscoe #2 CHICAGO, IL 60657 | | | | | | | | 90.00 |
| Account No. | | - | | | | | | |
| Serene Gaynor 2734 W. Argyle #1 Chicago, IL 60625 | | | | | | | | 90.00 |
| Account No. | | - | | | | | | |
| Shannon Casey 1420 W Fletcher St #3 Chicago, IL 60657 | | | | | | | | 90.00 |

Sheet no. __175__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shannon Degroot** <br> **10743 Oakton Court** <br> **Frankfort, IL 60423** | | - | | | | | | **90.00** |
| Account No. <br><br> **Shari Brandli** <br> **2347 W. 24th Street #1F** <br> **Chicago, IL 60607** | | - | | | | | | **90.00** |
| Account No. <br><br> **Shari Hoenig** <br> **172 W 79th St #2F** <br> **NY, NY 10024** | | - | | | | | | **90.00** |
| Account No. <br><br> **Sharon Ernst** <br> **1223 W. Addison** <br> **Chicago, IL 60613** | | - | | | | | | **90.00** |
| Account No. <br><br> **Sharon Gray** <br> **1721 E. 8th St.** <br> **Davis, CA 95616** | | - | | | | | | **90.00** |

Sheet no. __176__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa** ,                    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sharon Moriarity-Cordin 454 W. 44th Street Chicago, IL 60609 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sharon Moriarity-Cordin 454 W. 44th Street Chicago, IL 60609 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Shaun Harkin 1006 W 31st St Apt 3F Chicago, IL 60608 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Shawn Michael 3534 N. Janssen Ave. Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sheila Costanzo 845 W. Belle Plaine Ave. #2W Chicago, IL 60613 | - | | | | | | | 90.00 |

Sheet no. **177** of **202** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,     Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shelli Aderman** <br> **1227 West Lunt Avenue #1A** <br> **Chicago, IL 60626** | - | | | | | | 90.00 |
| Account No. <br><br> **Shelly Drazba** <br> **2165 W. Leland Ave** <br> **Chicago, IL 60625** | - | | | | | | 90.00 |
| Account No. <br><br> **Shelly Liuzza** <br> **2123 N Richmond St. #3** <br> **Chicago, IL 60647** | - | | | | | | 90.00 |
| Account No. <br><br> **Sherry Holzinger** <br> **2441 N. Richmond St.** <br> **CHICAGO, IL 60647** | - | | | | | | 90.00 |
| Account No. <br><br> **Shirley Massey** <br> **4950 chicago beach dr** <br> **chicago, IL 60615** | - | | | | | | 90.00 |

Sheet no. __178__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                Case No. _____
                                                          ,
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Sho'leh Geula 1833 W. Greenleaf #1 Chicago, IL 60626 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Shuva Brodley 2400 N Lakeview, #310 Chicago, IL 60614 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Sierra Jade McInroe 1160 W. 19th Place #1 Chicago, IL 60608 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Silvana Dimitrova 3338 W. Addison Chicago, IL 60618 | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Simona Popa 1718 W. Diversey CHICAGO, IL 60614 | - | | | | | | 90.00 |

Sheet no. __179_ of _202_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Sonia Barillas** <br>**5102 W Ainslie** <br>**Chicago, IL 60630** | - | | | | | | 90.00 |
| Account No. <br><br>**Sonya Booth** <br>**4039 W. Eddy** <br>**Chicago, IL 60641** | - | | | | | | 90.00 |
| Account No. <br><br>**Sophia Darugar** <br>**2325 S Hoyne** <br>**Chicago, IL 60608** | - | | | | | | 90.00 |
| Account No. <br><br>**Sophia Drivalas** <br>**5419 N Washtenaw** <br>**Chicago, IL 60625** | - | | | | | | 90.00 |
| Account No. <br><br>**Spencer Savoie** <br>**2650 W. Gregory Street, Apt. 2W** <br>**Chicago, IL 60625** | - | | | | | | 90.00 |

Sheet no. __180__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **The Women's Gym DBA Thousand Waves Spa** ,                    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| St. Cecelia Piper 718 W. Buena Ave., 2B Chicago, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Stacy Dumovich 6305 N lakewood Chicago, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Stef Nolen 18340 Stewart Ave HOMEWOOD, IL 60430 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Stefani Johnson 735 S Cleveland ARLINGTON HEIGHTS, IL 60005 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Stefanie House 1839 W Henderson Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __181__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Stephanie Cooney 901 N Winchester, #1F Chicago, IL 60622 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Stephanie Friedman 5134 S Greewood Ave #1 Chicago, IL 60637 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Stephanie Guerrero 2428 W Haddon Chicago, IL 60622 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Stephanie Lazar 2637 N Whipple Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Stephanie Merello 2815 W. Logan Blvd Chicago, IL 60647 | - | | | | | | | 90.00 |

Sheet no. __**182**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Stephanie Morse 1800 W. Roscoe St. #408 Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Stephanie Sawin 1635 W. Belmont, #319 Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Stephen Logan 1249 W Pratt Blvd Chicago, IL 60626 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Steven Hinkamp 12515 218th Pl. SE Snohomish, WA 98296 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Steven Matsumura 1451 Baldwin Ct Naperville, IL 60565 | - | | | | | | | 90.00 |

Sheet no. __183__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                          ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Sudeshna Epping 1332 West Belmont #2 Chicago, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sunny Byers 3007 W. Logan Blvd. Apt. 2 Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Sunshine Benbelkacem 934 W Gunnison #1 CHICAGO, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Susan Kinney 2513 N washtemaw #2 CHICAGO, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Susan Marshall 6660 west raven street chicago, IL 60631 | - | | | | | | | 90.00 |

Sheet no. __184__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Susan ODell** <br> **1422 W Thome Ave** <br> **Chicago, IL 60660** | - | | | | | | 90.00 |
| Account No. <br><br> **Susan Padveen** <br> **1825 N Francisco** <br> **Chicago, IL 60647** | - | | | | | | 90.00 |
| Account No. <br><br> **Susan Wildman** <br> **410 N. Albany** <br> **Chicago, IL 60612** | - | | | | | | 90.00 |
| Account No. <br><br> **Susan Wolsko** <br> **6219 Lyman** <br> **Downers Grove, IL 60516-1956** | - | | | | | | 90.00 |
| Account No. <br><br> **Susan Young** <br> **4451 w sunnyside** <br> **chicago, IL 60630** | - | | | | | | 90.00 |

Sheet no. __185__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                                    ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Susan Zeigler 4320 W Henderson St Chicago, IL 60641 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Susana Torres 5900 W. Patterson Chicago, IL 60634 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Suzanna Collerd 381 Palmetto St 1R Brooklyn, NY 11237 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Suzanne Banuvar 1221 N. Damen Ave Chicago, IL 60622 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Suzanne Shelton 7939 Kenton Avenue Skokie, IL 60076 | - | | | | | | | 90.00 |

Sheet no. __**186**__ of __**202**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                        ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Suzie Campbell 906 Reba Place #3 Evanston, IL 60202 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| T McCarey 6258 N Wayne Chicago, IL 60660 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Tania Garza 4259 N Wolcott 1st floor CHICAGO, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Tanner McFadden 4907 N WOLCOTT AVE APT 2A Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Tanya Kesmodel 4955 N Kedvale CHICAGO, IL 60630 | - | | | | | | | 90.00 |

Sheet no. __187__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa**                           ,        Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Tanya Spencer** <br> **2030 N Harlem, #C1** <br> **ELMWOOD PARK, IL 60707** | - | | | | | | | **90.00** |
| Account No. <br><br> **Tanya Yeoman** <br> **3238 N Clark #2F** <br> **Chicago, IL 60657** | - | | | | | | | **90.00** |
| Account No. <br><br> **Tara Sullivan** <br> **5249 N Lakewood Ave** <br> **Chicago, IL 60640** | - | | | | | | | **90.00** |
| Account No. <br><br> **Terri Kapsalis** <br> **1901 W Chase Ave** <br> **CHICAGO, IL 60626** | - | | | | | | | **90.00** |
| Account No. <br><br> **Terussa Stalsworth** <br> **935 W Cornelia, #3B** <br> **Chicago, IL 60657** | - | | | | | | | **90.00** |

Sheet no. __188__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa** ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Thara Nagarajan 4650 N. Beacon #1 Chicago, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Thavary Krouch 1352 W Argyle #2S CHICAGO, IL 60640 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Theresa White 2649 N. Troy Chicago, IL 60647 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Thomas Cox 2621 W. Lunt Ave. Chicago, IL 60645 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Thomas Herrington 3817 N. Marshfield Ave Chicago, IL 60613 | - | | | | | | | 90.00 |

Sheet no. **189** of **202** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                              ,   Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

Thomas Olmsted
1354 W Ohio St
Chicago, IL 60642 | | - | | | | | | 90.00 |
| Account No.

Tiffany Portman
329 n humphrey ave
oak park, IL 60302 | | - | | | | | | 90.00 |
| Account No.

Tim Barrett
5441N. Paulina St.
Chicago, IL 60640 | | - | | | | | | 90.00 |
| Account No.

Tim McGinnis
1733 W. Irving Park Rd
CHICAGO, IL 60613 | | - | | | | | | 90.00 |
| Account No.

Timothy Issel
1226 n harvey
oak park, IL 60302 | | - | | | | | | 90.00 |

Sheet no. **190** of **202** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa_____,       Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tina Stretch** <br> **2633 W. Morse** <br> **Chicago, IL 60645** | - | | | | | | 90.00 |
| Account No. <br><br> **Tobby Fried** <br> **1434 W Belle Plaine** <br> **CHICAGO, IL 60613** | - | | | | | | 90.00 |
| Account No. <br><br> **Todd Mollan** <br> **207 Dawson Avenue** <br> **Rockville, MD 20850** | - | | | | | | 90.00 |
| Account No. <br><br> **Todd Stura** <br> **611 W. Barry Ave #4W** <br> **chicago, IL 60657** | - | | | | | | 90.00 |
| Account No. <br><br> **Tom Long** <br> **564 N Beachwood Dr.** <br> **Los Angeles, CA 90004** | - | | | | | | 90.00 |

Sheet no. _**191**_ of _**202**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,   Case No. _____
                                            **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Tom McDougal 4801 S. Kenwood Ave. Chicago, IL 60615 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Toni Bunch 385 Lawndale Ave CAMPBELL, CA 95008 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Toni Cannova 719 N Hoyne #3 CHICAGO, IL 60612 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Toni Deleo 3736 S. Emerald Chicago, IL 60609 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Toni Gagan 2885 Shannon Lane New Lenox, IL 60451 | - | | | | | | | 90.00 |

Sheet no. __192_ of __202_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                  ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Toni Morin 3215 N Francisco, #2N CHICAGO, IL 60618 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Tonya Southard 1516 N Sedgwick Coach house Chicago, IL 60610 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Tracey Steffora 1724 W. Farragut CHICAGO, IL 60640 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Traci Whymer 1818 N. Paulina St, Apt 3R Chicago, IL 60622 | | - | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Tracy Demitropoulos 1024 W. Byron Chicago, IL 60613 | | - | | | | | | 90.00 |

Sheet no. __193__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **The Women's Gym DBA Thousand Waves Spa** ,    Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tracy Moore** <br> **830 N. Lombard Ave** <br> **Oak Park, IL 60302** | | - | | | | | **90.00** |
| Account No. <br><br> **Tracy Singer** <br> **3523 W. Berteau #1W** <br> **Chicago, IL 60618** | | - | | | | | **90.00** |
| Account No. <br><br> **Tracy Williams** <br> **1738 W. Fletcher** <br> **Chicago, IL 60657** | | - | | | | | **90.00** |
| Account No. <br><br> **Tracy Yednock** <br> **4645 Lake Trail Drive Apt 1A** <br> **Lisle, IL 60532** | | - | | | | | **90.00** |
| Account No. <br><br> **Transfirst Merchant Processing** <br> **12202 Airport Way** <br> **Suite 100** <br> **Broomfield, CO 80021** | | - | Credit card processing | | | | **0.00** |

Sheet no. __**194**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **360.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __The Women's Gym DBA Thousand Waves Spa__ ,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Trevor Quan<br>3989 Bradley Road<br>Westlake, OH 44145-5008 | - | | | | | | | 90.00 |
| Account No.<br><br>Tristan Hanson<br>5042 N Levitt, #3<br>CHICAGO, IL 60625 | - | | | | | | | 90.00 |
| Account No.<br><br>Valerie Callozzo<br>2745 N Greenview<br>Chicago, IL 60614 | - | | | | | | | 90.00 |
| Account No.<br><br>Valjean Hunt<br>8315 S Yates<br>CHICAGO, IL 60617 | - | | | | | | | 90.00 |
| Account No.<br><br>Vallie Henry<br>230 W Division St, #1508<br>CHICAGO, IL 60610 | - | | | | | | | 90.00 |

Sheet no. __195__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,   Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vanessa Horton** <br> **8 E. Randolph #2403** <br> **Chicago, IL 60601** | - | | | | | | **90.00** |
| Account No. <br><br> **Vanessa Vincent** <br> **9727 S. Oakley Ave.** <br> **Chicago, IL 60643** | - | | | | | | **90.00** |
| Account No. <br><br> **Vernice Thorn** <br> **1647 W Farwell** <br> **Chicago, IL 60626** | - | | | | | | **90.00** |
| Account No. <br><br> **Veronica Corzo-Duchardt** <br> **1347 W Carmen Ave 3W** <br> **Chicago, IL 60640** | - | | | | | | **90.00** |
| Account No. <br><br> **Veronica Falls** <br> **8058 S Sacramento** <br> **Chicago, IL 60657** | - | | | | | | **90.00** |

Sheet no. __**196**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,      Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Victoria Dalton 2850 N Sheridan Rd #1017 CHICAGO, IL 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Vinh Dang 79 Stirling Lane Willowbrook, IL 60527 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Virginia Olenick 200 N. Dearborn 3101 Chicago, IL 60601 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Virginia Peer 5220 W. Warner Chicago, IL 60641 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Vita Lerman 546 W Briar 1A Chicago, IL 60657 | - | | | | | | | 90.00 |

Sheet no. __197__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

B6F (Official Form 6F) (12/07) - Cont.

In re **The Women's Gym DBA Thousand Waves Spa**          ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Viviana Fernandini 3126 N. Nordica Chicago, IL 60634 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| W Dalmatian 3300 W. Beach Ave CHICAGO, IL 60651 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Walter Nini 849 W. Fletcher St. Chicago, OH 60657 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Walter Vargas 3401 N Ravenswood Ave # 504 Chicago, IL 60613 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Warren Milstead 932 B Shotwell St San Francisco, CA 94110 | - | | | | | | | 90.00 |

Sheet no. __198__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx-xxxxxxx-x991-5** | | | | Waste disposal | | | | |
| **Waste Management 700 E. Butterfield Road 4th Floor Lombard, IL 60148** | - | | | | | | | 175.00 |
| Account No. | | | | | | | | |
| **Wendolyne Sanchez 916 W 35th street Chicago, IL 60629** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Wendy Hubert 4365 Southmoor Ln West Bloomfield, MI 48323** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **Wendy Kotrba 5051 N. Drake Ave. Chicago, IL 60625** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **William Jenkins 4342 N. Damen Ave. Chicago, IL 60618** | - | | | | | | | 90.00 |

Sheet no. __**199**__ of __**202**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

535.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa**                          ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **William McCabe** <br> **17 Evergreen Way** <br> **Sleepy Hollow, NY 10591** | | - | | | | | **90.00** |
| Account No. <br><br> **William Schlesser** <br> **1319 W Nelson** <br> **Chicago, IL 60657** | | - | | | | | **90.00** |
| Account No. <br><br> **William Weinberg** <br> **2245 N. Janssen Ave., 1F** <br> **Chicago, IL 60614** | | - | | | | | **90.00** |
| Account No. <br><br> **Willy Nelson** <br> **1250 W Montrose Ave** <br> **Chicago, IL 60613** | | - | | | | | **90.00** |
| Account No. <br><br> **Wilson Hogan** <br> **4421 N. Lawndale Ave** <br> **Chicago, IL 60625** | | - | | | | | **90.00** |

Sheet no. __200__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **The Women's Gym DBA Thousand Waves Spa**                                    ,        Case No. _____

                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Yekaterina Pogrebitskaya**<br>**4116 w Melrose st**<br>**chicago, IL 60641** | - | | | | | | | 90.00 |
| Account No.<br><br>**Ylda Capriccioso**<br>**550 W. Surf, #109**<br>**Chicago, IL 60657** | - | | | | | | | 90.00 |
| Account No.<br><br>**Yolanda Ramirez**<br>**3823 S. Archer**<br>**Chicago, IL 60638** | - | | | | | | | 90.00 |
| Account No.<br><br>**Yvette Wesley**<br>**1861 S. Karlov 2nd Fl**<br>**Chicago, IL 60623** | - | | | | | | | 90.00 |
| Account No.<br><br>**Yvonne Yosseif**<br>**1410 Belmont Apt 2**<br>**Chicago, IL 60657** | - | | | | | | | 90.00 |

Sheet no. __201__ of __202__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

450.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **The Women's Gym DBA Thousand Waves Spa** _____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Zak Piper** <br>**4241 N Parkside Ave** <br>**Chicago, IL 60657** | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __202__ of __202__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 90.00 |
| Total <br> (Report on Summary of Schedules) | | 92,412.16 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **The Women's Gym DBA Thousand Waves Spa**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **The Women's Gym DBA Thousand Waves Spa**                                      ,        Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **The Women's Gym DBA Thousand Waves Spa**                   Case No. _____

Debtor(s)                   Chapter   **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**214**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 25, 2014**                   Signature   **/s/ Jennifer Gunnerson**
                                                       **Jennifer Gunnerson**
                                                       **Vice President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re __The Women's Gym DBA Thousand Waves Spa__    Case No. _____

Debtor(s)    Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<em>DEFINITIONS</em>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-28,197.00** | **2013: Business Income** |
| **$-13,221.00** | **2012: Business Income** |

---

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)

2

### 3. Payments to creditors

**None**
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**None**
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See Attachment** | | **$0.00** | **$0.00** |

**None**
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Jennifer Gunnerson** | **7/13-7/14** | **$32,153.88** | **$5,846.16** |
| **Vice President** | | | |
| **Barbara M. Sessler** | **7/13-7/14** | **$380.00** | **$0.00** |
| **President** | | | |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None**
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

**None**
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Eric T. Perry** **725 E. Dundee Road** **Arlington Heights, IL 60004** | **7/22/14** | **$3500.00 fees plus $350.00 costs** |

B7 (Official Form 7) (04/13)
4

### 10. Other transfers

None ■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None □
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **JP Morgan Chase** | **Savings Account # 2917313380** | **10,014.92 6/30/2014 transfered to Chase Account # 722467909** |

### 12. Safe deposit boxes

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                   NAME USED                                   DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT              NOTICE            LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT              NOTICE            LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Eileen Pollard**<br>**3217 S. May St.**<br>**Chicago, IL 60608** | **2009-2014** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Jennifer Gunnerson/Eileen Pollard** | |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Michele Savaiano/Rachael Goldberg**<br>**606 Mulford**<br>**Evanston, IL 60202** | **2/2013 and 6/2014** |

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Jennifer Gunnerson**<br>**7445 Davis St.**<br>**Morton Grove, IL 60053** | **Vice President** | **50%** |
| **Barbara M. Sessler**<br>**1151 Lyman Ave.**<br>**Oak Park, IL 60304** | **President** | **50%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jennifer Gunnerson** | **7-13-7/14** | **32153.88 Salary** |
| **Vice President** | | |

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **July 25, 2014**          Signature   **/s/ Jennifer Gunnerson**

                                              **Jennifer Gunnerson**
                                              **Vice President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **The Women's Gym DBA Thousand Waves Spa**                    Case No. _____

                                                    Debtor(s)        Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
       reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
       522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
       any other adversary proceeding.**

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **July 25, 2014**                            **/s/ Eric T. Perry**
                                                   **Eric T. Perry**
                                                   **Law Offices of Eric t. Perry**
                                                   **725 E. Dundee Road - Suite 204**
                                                   **Arlington Heights, IL 60004**
                                                   **(847) 465-0007  Fax: (847) 278-8444**
                                                   **perry1013@att.net**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **The Women's Gym DBA Thousand Waves Spa**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                             **992**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 25, 2014**

**/s/ Jennifer Gunnerson**
**Jennifer Gunnerson/Vice President**
Signer/Title

Aaron Mejia
2836 W. Marquette Road
CHICAGO, IL 60629

Aasia Mohammad
3001 N Kostner
Chicago, IL 60641

Abby Melendrez
4640 N. Paulina, #C
CHICAGO, IL 60640

Abigail Murphy
1420 W. Foster #1
Chicago, IL 60640

Adair Galster
1442 W PENSACOLA AVE
Chicago, IL 60613

Adam Brosch
2841 N. Wolcott Ave. #A
Chicago, IL 60657

Adriana Botic
808 Santa Barbara Street #5
Pasadena, CA 91101

Aida Derat
1841 S Throop
Chicago, IL 60608

Aileen Geary
1411 W. Farwell, #K1
Chicago, IL 60626

Alan Basque
3526 N Paulina St
Chicago, IL 60657

Alecia Lotysz
2519 N Saint Louis
CHICAGO, IL 60647

Alejandro DeLao
4208 N Albany Unit 1F
Chicago, IL 60618

Aleli Hernandez
5118 W Oakdale
Chicago, IL 60641

Alessandra Stevens
4544 N Paulina St
CHICAGO, IL 60640

Alex Diem
3159 N Seminary Ave apt 306
CHICAGO, IL 60657

Alex Lampert
3119 N Southport #1
CHICAGO, IL 60657

Alexandra King
656 W Oakdale #1c
Chicago, IL 60657

Alexis Culotta
930 West Gunnison Street
Chicago, IL 60640

Alexis Trocki
2332 W. Harrison St.
Chicago, IL 60612

Alice Hargrave
2121 N Leavitt Street
CHICAGO, IL 60647

Alice Perlin
340 W Diversey, #2019
CHICAGO, IL 60657

Alicia Gonzalez
2447 N Bernard
Chicago, IL 60647

Alicia Senior-Saywell
1440 W. School Street
Chicago, IL 60657


Alison Toback-Hofeld
1314 E. 54th St
Chicago, IL 60615


Allison Latta Lashford
1838 N. Harding Avenue
Chicago, IL 60647


Allison Olson
1049 W Paulina St #2A
CHICAGO, IL 60622


Allison Tun
6791 N Dowagiac
Chicago, IL 60646


Allison Weil
3415 N Lakeshore Dr, #3406
Chicago, IL 60657


Alma Prieto
1331 Davis Ave.
Whiting, IN 46394


Aly Marchetti
3161 N. Pine Grove, apt 2
Chicago, IL 60657


Alyscia Bosetti
2816 N Kedzie Ave Apt 1
Chicago, IL 60618


Alyssa Dickman
5403 N. Glenwood #2
Chicago, IL 60640


Amalie Smith
3757 W. Bell, #2
CHICAGO, IL 60618

Amanda Bradley
4734 N Hermitage Apt #1
Chicago, IL 60640

Amanda CAge
4530 N Albany
CHICAGO, IL 60625

Amanda Farrar
2641 W. Catalda Ave.
Chicago, IL 60625

Amanda Klonsky
2745 W. Logan Blvd. Unit G
Chicago, IL 60647

Amanda Larie
1400 Hunters Ridge Dr 77
Genoa City, WI 53128

Amanda Loos
1351 W. Greenleaf Apt. 3C
Chicago, IL 60626

Amanda O'Donnell
3805 N Wayne Ave
CHICAGO, IL 60613

Amanda Porras
1579 N. Milwaukee, Studio#228
Chicago, IL 60622

Amanda Ruch
5402 S Dorchester, #3
CHICAGO, IL 60615

Amanda Velazquez
3421 W. Belden
Chicago, IL 60647

Amber Fix
26 South Aberdeen, #3
CHICAGO, IL 60607

Amity Carrubba
1000 Preston Ave #2
Elgin, IL 60120


Amruta Vaidya
8 E Randolph St
Chicago, IL 60601


Amy Adams
4518 S Union
CHICAGO, IL 60609


Amy Arsenault
5138 W. Dakin
CHICAGO, IL 60641


Amy Bashara
1404 W. Olive St. #1
Chicago, IL 60660


Amy Haynes
4850 N Rockwell St #1st Fl
CHICAGO, IL 60625


Amy Marzluff
177 Riverview Park Drive
Columbus, OH 43214


Amy Partridge
6809 N Ashland Apt#7
Chicago, IL 60626


Amy Willis
921 W Gordon Terrace
Chicago, IL 60613


Ana King
7616 N. Eastlake Terrace
Chicago, IL 60626


Ananda Billings
1061 West Chestnut
Chicago, IL 60642

Anca Stan
2629 W Farragut APT 3N
CHICAGO, IL 60625


Anders Lindall
5233 W Berenice Ave
Chicago, IL 60641


Andre Pluess
1426 West Winnemac #3E
Chicago, IL 60640


Andrea Bueschel
1445 W. Summerdale #2
Chicago, IL 60640


Andrea Celerio
3143 N. Sawyer
Chicago, IL 60618


Andrea Densham
1602 Dempster
Evanston, IL 60202


Andrea Flores
3334 N. Neva
Chicago, IL 60634


Andrea Lane
1333 W Melrose St
Chicago, IL 60657


Andrea Tosone
3821 N. Whipple, #1
Chicago, IL 60618


Andrew Ault
711 W Buckingham Pl
Chicago, IL 60657


Andrew Barbera
4361 N Kenmore Apt 1 N
Chicago, IL 60613

Andrew Farra
2659 N. Mildred Ave. #2
Chicago, IL 60614


Andrew Turner
260 NE Alder Street
Issaquah, WA 98027


Andrew Wales
2736 N Wolcott, Unit 301
Chicago, IL 60614-7751


Andrew Yang
1431 W Rascher Ave. #3E
Chicago, IL 60640


Andy Bosnak
2658 n. harding st. #1
chicago, IL 60647


Andy Flanagan
2842 W Ainslie
Chicago, IL 60625


Angela Dancey
929 W Margate #2W
CHICAGO, IL 60640


Angelica Ugarte
1639 N Sawyer
CHICAGO, IL 60647


Angie Lobo
5037 N New England
CHICAGO, IL 60656


Anika Fonson
2306 E. 71st, #A
Chicago, IL 60649


Ann Chapman Price
5942 S King Dr APT 2S
CHICAGO, IL 60637

Ann Dufek
2229 Simpson
EVANSTON, IL 60201


Ann McCabe
1550 W. Cornelia Ave #205
CHICAGO, IL 60657


Ann White
400 Lathrop
Lansing, MI 48912


Anna Blackburn
451 W. Wrightwood #1104
Chicago, IL 60614


Anna Ditton
451 W Wrightwood #809
CHICAGO, IL 60614


Anna Hamilton
6319 N. Glenwwod Ave #2n
Chicago, IL 60660


Anna Maria Baldauf
4721 S. Woodlawn House #1
Chicago, IL 60615


Anna Schabold
1618 W North Shore, #3
CHICAGO, IL 60626


Anna Terwiel
2707 Valmont Rd 30g D
BOULDER, IL 80304


Annabel Armour
5815 N Magnolia #2
CHICAGO, IL 60660


Anne Brody
933 W. Montana
Chicago, IL 60614

Anne Close
4719 N. Beacon Street, #2N
Chicago, IL 60640

Anne DeFour
421 Lakehouse Ave
San Jose, CA 95110

Anne E Smith
1628 W Sherwin #402
Chicago, IL 60626

Anne Haywood
4406 N PAULINA ST APT 2B
CHICAGO, IL 60640-5338

Anne Statton
3039 N Troy, #3W
Chicago, IL 60618

Anne Tremmel
4343 N. Bell Ave
Chicago, IL 60618

Anneliese Gallagher
1673 W Hollywood
CHICAGO, IL 60660

Annette Morales
3514 S. Rockwell
Chicago, IL 60632

Annette Towler
1114 Ontario Street, Apt 2W
Oak Park, IL 60302

Anthony Maicki
3260 N. Clark #505
Chicago, IL 60657

Armando Martinez
2629 N FAIRFIELD AVE
CHICAGO, IL 60647

Arthelia Buick
9241 S. Pulaski #3
Evergreen Park, IL 60805

Ashley Barrett
5834 W. Patterson
CHICAGO, IL 60634

Ashley Rayner
4036 N Hoyne Ave #3S
CHICAGO, IL 60618

AT&T
PO Box 6416
Carol Stream, IL 60197

Audra Eisin-Banazek
1309 W Columbia
CHICAGO, IL 60626

Audrey Thomas
1322 w schubert Ave.
CHICAGO, IL 60614

Ava Robinson
623 95th St
BROOKLYN, NY 11220

Barb Kemper
12276 W Ohio Place
Lakewood, CO 80228

Barbara Butts
5520 N. Kimball
Chicago, IL 60625

Barbara Grier
1221 Greenleaf
Evanston, IL 60202

Barbara Holmes
7054 Montergomery Drive
Rockford, IL 61108

Barbara Ransby
719 S. Ridgeland Ave.
Oak Park, IL 60304


Barbara Rose
2656 W Belmont Ave
CHICAGO, IL 60618


Barbara Schneider
2013 Mallard lane
Woodstock, IL 60098


Barbara Thomas
5201 S Cornell Ave #19F
Chicago, IL 60615


Barry Galster
1442 W PENSACOLA AVE
CHICAGO, IL 60613


Becca Deysach
235 Main St
EVANSTON, IL 60202


Becky Stindt
1216 W. Chase
Chicago, IL 60626


Ben Huizenga
3573 N Milwaukee
Chicago, IL 60641


Beth Hillman
303 Elmore
Park Ridge, IL 60068


Beth Maschinot
510 W Roscoe #2
Chicago, IL 60657


Betty Baker
1607 Pine Rd.
Homewood, IL 60430

Betty Cannon
3900 N Lake Shore Dr, #16H
CHICAGO, IL 60613

Betty Goldberg
1750 N. Cleveland Ave.
Chicago, IL 60614

Bianca Paiz
3840 W Monroe
Chicago, IL 60624

Bilkis Hirani
5864 N Magnolia #2
MUNDELEIN, IL 60060

Brad Barton
4553 N Magnolia Ave Apt 404
Chicago, IL 60640

Brad Stanley
2641 W Balmoral Ave
Chicago, IL 60625

Brandon House
2903 N Wolcott Ave, Unit C
Chicago, IL 60657

Breanna Hayes
2902 N. Woodard, #1
CHICAGO, IL 60618

Brenda Didier
26 Victoria
Lincolnshire, IL 60069

Brenda Fournier
674 W Irving Park Rd #78
Chicago, IL 60613

Brett Williams
1122 N Hoyne
Chicago, IL 60622

Bria Dolnick
6538 N. Maplewood
Chicago, IL 85745

Brian Gleichauf
6630 N Rockwell
Chicago, IL 60645

Brian Henry
1456 W. Lexington Street
Chicago, IL 60607

Brian Hirsh
818 7th Street, Apt. 5
Santa Monica, CA 90403

Brian Payne
3601 S Wood St
Chicago, IL 60609

Bridget Koconis
1423 W. Glenlake Ave
Chicago, IL 60660

Brigid Gallagher
1808 W Patterson Ave, #2B
Chicago, IL 60613

Brittany Parenti
822 W Roscoe #2
CHICAGO, IL 60657

Brooke Enhelder
6456 N. Greenview #1
Chicago, IL 60626

Bryan Fink
4332 N Dayton Unit #2
Chicago, IL 60613

Bryan Hrubes
21 W. Goethe St.
Chicago, IL 60610

Bryn Magnus
408 Stuyvesant Ave. #1
Brooklyn, NY 11233


Calonnye Mims
7611 S Morgan
CHICAGO, IL 60620


Camille Calabrese
218 Wimbolton Drive West
Mt. Prospect, IL 60056


Carefree Pools and Spa Distributors
2310 Skokie Valley Road
Highland Park, IL 60035


Carl Coates
1354 W. Elmdale Ave
Chicago, IL 60660


Carmelo Barbaro
124 W Polk Street
Chicago, IL 60605


Carmen Burgos
2814 N 72nd CT
Elmwood Park, IL 60707


Carol Apothaker
15 Penarth Rd.
Bala Cynwyd, PA 19004


Carol Browder
314 S Maple Ave #1
Oak Park, IL 60302


Carol Desch
116 Kay St , P. O. Box 253
Herscher, IL 60941


Carol Krengelis
5058 N Claremont
Chicago, IL 60625

Carol Peduzzi
2222 W. Belmont Ave #404
Chicago, IL 60618

Carole Book
2335 N Commonwealth
Chicago, IL 60614

Caroline Artz
864 W. Aldine #2
CHICAGO, IL 60657

Carolyn Gunnerson
565 Abbey Rd
Bartlett, IL 60103

Carolyn Hoerdemann
6812 N Wayne #1B
CHICAGO, IL 60626

Carolyn Siegfried
2822 Meadow Lane
Schaumberg, IL 60193

Carolynn Chmielewski
5105 N Kostner
CHICAGO, IL 60630

Carrie Joy Lash
1607 E. 50th Place #5C
Chicago, IL 60615

Casey Fitzner
1850 W Larchmont Ave, #1
CHICAGO, IL 60613

Cassandra Bissell
2237 N. Kedzie Blvd.
Chicago, IL 60647-2747

Catherine McCulloch
1461 W. Byron #1B
Chicago, IL 60613

Catherine Metzler
4919 Wallbank Ave
Downers Grove, IL 60515


Catherine Moyers
5707 N. Mobile
Chicago, IL 60646


Catherine Rich
2904 N Avers 3R
Chicago, IL 60618


Catherine Siebel
6439 N. Bell
Chicago, IL 60645


Cecelia Comito
320 W Oakdale, #501
CHICAGO, IL 60657


Cecelia Holiday
1262 W. Ardmore
Chicago, IL 60660


Cecilia Gallegos
3738 W. 64th Pl.
Chicago, IL 60629


Ceshia Wilder
9415 S Vernon
CHICAGO, IL 60619


Chad Peterson
376 Park Ave
Glencoe, IL 60022


Charna Halpern
1716 W. Nelson
Chicago, IL 60657


Cheryl Guzikowski
711 W. Gordon Terrace #120
Chicago, IL 60613

Cheryl Hughes
1431 W. Rascher, 1E
Chicago, IL 60640

Cheryl Singer
2489 N Cramer St
Milwaukee, WI 53211

Chirag Mehta
5023 N. Lawndale
Chicago, IL 60625

Chris Anderson
1728 N DAMEN AVE #315
CHICAGO, IL 60647

Chris Balanon
4817 W. Cornelia 1st Floor
Chicago, IL 60641

Chris Benevich
5630 Sheridan
Chicago, IL 60660

Chris Hamblett
1500 AVENUE AT PORT IMPERIAL APT 634
WEEHAWKEN, NJ 07086

Chris Hart
2710 N Fairfield Ave
Chicago, IL 60647

Chris Natali
1939 West Thomas St. Apt.1R
Chicago, IL 60622

Christa Clumpner
920 W. Windsor
Chicago, IL 60640

Christina Mason
7712 N. Ashland
CHICAGO, IL 60626

Christine Anderson
1409 W. 19th St.
Chicago, IL 60608


Christine Fuentes
4937 N Tripp Ave
Chicago, IL 60630


Christine Tarkowski
2717 S. Troy
Chicago, IL 60623


Christine Tvedt
4538 N Wolcott Ave 3B
Chicago, IL 60640


Christine Whitley
1524 W. Thorndale Apt 3W
Chicago, IL 60660


Christine Zimmerman
879 Larkspur Ct.
Brentwood, CA 94513


Christopher Ellam
7715 N Ashland Avenue, 2E
chicago, IL 60626


Christopher Harper
6119 S. Greenwood, #1W
Chicago, IL 60637


Cindy Espinosa
3301 W. Schubert
Chicago, IL 60647


Cindy Pacyk
1137 W. Columbia Ave #3
CHICAGO, IL 60626


Claire Decoteau
4622 N. Drake Ave.
Chicago, IL 60625

Claire Finando
3521 N. Lakewood #2
Chicago, IL 60657


Claire Pentecost
1849 N. Sawyer Ave
Chicago, IL 60647


Clementine Delannoy
853 W Roscoe St
Chicago, IL 60657


Coleen Tiesch
2244 n. Parkside ave.
Chicago, IL 60639


COLIN GOWER
3867 MILL CREEK LANE
CASSELBERRY, FL 32707


Colleen Joyce
1517 W Oakdale Ave, #3
CHICAGO, IL 60657


Colleen Long
3052 N Seminary Apt#2FF
Chicago, IL 60657


Colleen McGaughey
4716 N. Whipple Apt.2
Chicago, IL 60625


Colleen McQuillen
2933 N Sheridan Road
Chicago, IL 60657


Courtney Glascoe
4248 w monroe
chicago, IL 60624


Craig Zemke
1620 W wallen Ave 1N
Chicago, IL 60626

Cydne Perhats
329 Woodview Rd, Apt A
BARRINGTON, IL 60010


Cynthia Chatham
513 West 10th St
Rock Falls, IL 61071


Cynthia Ibarra
5414 N Lieb
Chicago, IL 60630


Daiva Bhandari
2201 W. Winona St.
Chicago, IL 60625


Dan Schiff
3600 N Lakeshore Dr Unit 2102
Chicago, IL 60613


Dan Tajbl
11473 Sherwood Way
Auburn, IL 95602


Daniel Lamkin
835 Ridge Avenue #406
Evanston, IL 60202


Daniel Simon
530 7th street
Santa Monica, CA 90402


Darrell Batiste
4147 S. Ellis Av., Apt. 1S
Chicago, IL 60653


Dave Swanson
1612 e webster pl
milwaukee, WI 53211


Dave Weinberg
4623 N. Beacon Street #1N
Chicago, IL 60640

David Kaplan
4100 N. Springfield Ave.
Chicago, IL 60618

David Martin
639 W Wellington Ave. #9
Chicago, IL 60657

David Rench
5815 N. Winthrop #1
Chicago, IL 60660

Dawn Hillman
4212 N. Damen
Chicago, IL 60618

Dawn Johnson
249 Cayuga
ELMHURST, IL 60126

Dayo Harris
5240 N. Sheridan #1113
Chicago, IL 60640

Debbie Koller
4217 N Ridgeway
Chicago, IL 60618

Debbie Witmer
5210 Brookshire Estates Dr
Plainfield, IL 60586

Debby Spatafora
1812 Brummel St.
Evanston, IL 60202

Debi Doolittle
3209 N. Rockwell
Chicago, IL 60618

Debjani Mukherjee
711 W Gordon Ter #813
Chicago, IL 60613

Deborah Brockman
4305 N Campbell
Chicago, IL 60618


Deborah Paulik
17910 Settlers Pond Way, 3B
Orland Park, IL 60467


Debra Ashby
840 W. Buckingham #3E
Chicago, IL 60657


Delphina Aldama
2240 W. Wilson
Chicago, IL 60625


Denise Colton
11305 Reserve Lane North
Champlin, MN 55316


Denise Karczewski
4857 N. Seeley #1
Chicago, IL 60625


Denise Oldenburger
5566 W. 96th St.
Oak Lawn, IL 60453


Deondra Adams-Nabors
2240 W. Farwell Ave #2A
Chicago, IL 60645


Devon Herrick
5430 N Spaulding Ave
Chicago, IL 60625


Devynn Galvin
640 W Addison #55
CHICAGO, IL 60618


Diana Evenson
930 No. Randall Rd
AURORA, IL 60506

Diana McCormick
1717 S. Praire Unit 2004
Chicago, IL 60616

Diane Goss
1382 Laurel Oaks Dr.
Streamwood, IL 60107

Diane Letson
3642 N. Paulina
Chicago, IL 60613

Diane Miller
4517 N. Sawyer
CHICAGO, IL 60625

Dillan Siegler
3027 N. Troy
Chicago, IL 60618

Donna Velez
1319 N Artesian Ave
Chicago, IL 60622

Dorian Anderson
2437 N. Albany, #3
CHICAGO, IL 60647

Doug Fraser
4043 N. Avers
Chicago, IL 60618

Doug Mara
3109 N. Central Park Ave.
chicago, IL 60618

Edgar Lincoln
1246 W Hood
Chicago, IL 60660

Edith Girata
404 Ashbury Drive
HINSDALE, IL 60521

Eileen Dordek
2154 W Windsor
Chicago, IL 60625

Eileen Martin
1038 W Balmoral Ave #2A
Chicago, IL 60640

Elaine Farrell
440 Moraine Rd
Highland Park, IL 60035

Elaine Gaffney
9020 Sycamore Dr.
Hickory Hills, IL 60457

Elena Saenz
2725 W. 22nd Pl
Chicago, IL 60608

Eli Varol
4318 W Summerdale
Chicago, IL 60630

Elia Saldana
509 W. 36th Street
Chicago, IL 60609

Elizabeth Angulo
4900 S Keeler
Chicago, IL 60632

Elizabeth Arnold
1445 N Bosworth Ave 2R
Chicago, IL 60642

Elizabeth Chodos
1336 W. Ohio apt #4
Chicago, IL 60622

Elizabeth Jameson #2
1840 N Humboldt Blvd
CHICAGO, IL 60647

Elizabeth Leclair
1157 W Schubert Ave
Chicago, IL 60614


Elizabeth Ledo
6217 N Greenview Ave #2
CHICAGO, IL 60660


Elizabeth MacLennan
84 N Henry St.
Brooklyn, NY 11222


Elizabeth Najera
844 S. Highland Ave.
Oak Park, IL 60304


Elizabeth Tate
3342 W. Lemoyne
CHICAGO, IL 60651


Elliot Ransom
1632 W Melrose St
Chicago, IL 60657


Elzbieta Maczka
5147 N. East River Road, #1B
Chicago, IL 60656


Emily Blue
2808 Bond Dr.
LAFAYETTE, IN 47909


Emily Cook
2254 W Winnemac #2
CHICAGO, IL 60625


Emily Gann
2517 W Winnemac, #2A
CHICAGO, IL 60625


Emily Greenquist
7703 N Hamlin, Garden Apt
CHICAGO, IL 60618

Emily Hildebrand
2707 N. Central Park Ave #2
CHICAGO, IL 60647

Emily Kiang
1000 N. Lake Shore Drive
Chicago, IL 60611

Emjoy Gavino
4907 N Wolcott Ave
Chicago, IL 60640

Emme Williams
2641 W. Thomas
CHICAGO, IL 60613

Eric Bonano
4709 N Lavergne
Chicago, IL 60630

Eric Deister
3535 N Lakewood
Chicago, IL 60657

Eric Fritzsche
2132 W. Easwood Ave
Chicago, IL 60625

Eric Heestand
16280 North River Road Box 251
Pemberville, OH 43450

Eric Medill
3322 W. Eastwood Ave. #3
Chicago, IL 60625

Erica Eichleay
3041 N. Elbridge Ave.
Chicago, IL 60618

Erica Salaman
2059 w. 18th st.
chicago, IL 60608

Erica Schweitzer
4200 N Hazle #108
CHICAGO, IL 60613


Erin Bird
808 W Junior Terrace
CHICAGO, IL 60613


Erin Evenson
7911 5th Avenue
Brooklyn, NY 11209


Erin Kinsella
1330 W Eddy Apt 2
Chicago, IL 60657


Erin McKain
111 Tenth St. #305
Pittsburgh, PA 15215


Erin Sanford
3231 N Jenmore Ave #2N
Chicago, IL 60657


Eryn Walanka
4416 N. Whipple #2a
Chicago, IL 60625


Esley Stahl
4611 N Paulina
Chicago, IL 60640


Esther Norman
1348 N. Cleaver Street
Chicago, IL 60622


Eva Neuberg
1840 W Farwell Ave
CHICAGO, IL 60626


Eva Shimota
3754 N Janssen Ave
CHICAGO, IL 60613

Evan Powell
3637 N Paulina st apt 1FF
chicago, IL 60613


Fabiola Enriquez
636 W 55th St
HINSDALE, IL 60521


Fausto Lopez
3963 W. Belmont
Chicago, IL 60618


Fenesha Hubbard
12111 S Justine
Chicago, IL 60643


Flavia Borges
520 N Kingsbury St apt 2307
Chicago, IL 60654


Flint Taylor
1180 N. Milwaukee Ave
Chicago, IL 60642


Frances Gray
P. O. Box 1941
Boerne, TX 78006


Francesca Royster
7023 N. Paulina, #1N
Chicago, IL 60626


Francesco Milioto
1908 W. Estes Ave #1
Chicago, IL 60626


Frank Zabaly
9852 Bell Rock Road
Frisco, TX 75035


Fred Tadrowski
3031 Greenleaf Ave
Wilmette, IL 60091

Freddie Lipmann
3419 W. Medill Ave. #3
Chicago, IL 60647

Gabriel Franken
842 North Homan Ave Floor 2
Chicago, IL 60651

Gabrielle Morrison
8542 S Kenwood Ave
Chicago, IL 60619

Gary Ashley
3647 N. Drake
Chicago, IL 60618

Gary Cuneen
616 S. Harvey
Oak Park, IL 60304

Gary Hirschberg
3140 N. Sheffield #501
Chicago, IL 60657

Gary Houston
1525 W. Granville Av.
Chicago, IL 60660

Gayle Brinkman
922 North Blvd Apt 601
Oak Park, IL 60301

Genevieve Sheehan
220 W. Olive Ave
Monrovia, CA 91016

Gerard Dedera
3735 N MIlwaukee Ave #305
Chicago, IL 60641

Geri Bleier
1935 W Armitage #3
CHICAGO, IL 60622

Gil Rubio
241 walker place
mundelein, IL 60060


Gina Samuels
6741 S. Constance Ave.
Chicago, IL 60649


Gina Schueneman
1913 W. Cullom Apt #3
Chicago, IL 60613


Grace Yoon
718 S. Park Hyde
Orange, CA 92868


Greg Archer
1201 W Diversey Parkway #2A
Chicago, IL 60614


Greg Bassi
3315 N RACINE AVE APT F
CHICAGO, IL 60657-3230


Greg Healy
1410 W. Belle Plaine
Chicago, IL 60613


Greg Stare
88 Meserole Ave, #1D
Brooklyn, NY 11222


Gregory Walzel
5467 N. Parkside
Chicago, IL 60630


Griselle Sewell
5548 W. Wrightwood
CHICAGO, IL 60639


Gwen Cohen
PO Box 8552
CHICAGO, IL 60680

Gwen Lemos
2432 N Spaulding
CHICAGO, IL 60647


Gwynne Shotwell
18 buckskin lane
rolling hills, CA 90274


Hadley Bricker
4845 N. Wolcott Ave. Unit 3E
Chicago, IL 60640


Halley Wallace
1719 W barry Ave FB-G
CHICAGO, IL 60657


Hamydah Bharwani
5023 N. Kolmar, #2
Chicago, IL 60630


Hannah Basil
4822 N Leavitt
Chicago, IL 60625


Hannah Wendling
1272 N Wolcott Ave #3
CHICAGO, IL 60622


Heather Booth
3724 Benton Street, NW
Washington, DC 20007


Heather Colburn
5407 N. Lakewood
Chicago, IL 60640


Heather Fox
1446 W Hollywood Apt 2w
Chicago, IL 60660


Heather Kollmer
1429 W. Barry
CHICAGO, IL 60657

Heather Moore
400 Forest Ave
Chicago, IL 60302

Heather Schmucker
5416 N. Glenwood #2
Chicago, IL 60640

Heather Wheeler
8794 Cox Rd
West Chester, OH 45069

Helen Bildires
7914 Kenneth Ave.
Chicago, IL 60625

Helen Shiller
1248 W Carmen
Chicago, IL 60640

Helga Scherer
2888 N Milwaukee Ave
CHICAGO, IL 60618

Hiwote Tamrat
6535 N. Ashland Ave.
Chicago, IL 60626

Holly Thomas
3012 N. Oakley
Chicago, IL 60618

Ines Lagos
4528 N Drake, #1
Chicago, IL 60625

Irene Hurley
3815 W Estes
Lincolnwood, IL 60712

Ivan Bahena
4049 n. Broadway
chicago, IL 60613

Jack Murphy
20 mcintosh
Clarendon hills, IL 60514

Jackie Bousek
2912 N. Albany
Chicago, IL 60618

Jackie Rivera
4195 S Lowe Ave
Chicago, IL 60609

Jacklyn Rojas
3045 N Harlem apt ge
Chicago, IL 60634

Jacqueline Arnold
2148 W. 77th Place
Chicago, IL 60620

James Sander
4553 N Magnolia Ave Apt 404
Chicago, IL 60640

James Ylisela
226 New York Ave
Brooklyn, NY 11216

Jameta Rogers
9756 S Merrion Ave
CHICAGO, IL 60617

Jamie Thome
1916 Noyes APT 2B
EVANSTON, IL 60201

Jamie Wagster
4932 Riverside Drive
LaGrange, IL 60525

Jane Barnhart
10 Walnut Circle
SUGAR GROVE, IL 60554

Janelle Skaloud
1720 W. Catalpa #1
Chicago, IL 60640

Janet Grogan
3149 N Racine #3
CHICAGO, IL 60657

Janet Janz
6910 N. Oakley Ave.
Chicago, IL 60645

Janice Hack
4835 North Oakley
Chicago, IL 60625

Janice Pytel
8107 Elmwood St.
Skokie, IL 60077

Janie Tyson
3837 216th PLace
Matteson, IL 60644

Janine Devera
1230 W Henderson #2
Chicago, IL 60657

Janna Cenko
3256 N. Hoyne
CHICAGO, IL 60618

Jasmin Jenkins
1658 N. Milwaukee Ave. #522
Chicago, IL 60647

Jason LaRiviere
424 W. Greenfield Ave
Lombard, IL 60148

Javier Bustillo
2326 W. Giddings St #202
Chicago, IL 60625

Jean Benzies
129 Kedzie Street
Evanston, IL 60202


Jeanine Valrie
6323 N Mozart Apt 2F
Chicago, IL 60659


Jeff Heine
530 santa clara
alameda, CA 94501


Jeff Porter
2111 W Belmont Ave Unit 4
Chicago, IL 60618


Jeff Radue
2455 W Ainslie #1
Chicago, IL 60625


Jeffrey LeBreton
4450 N Central Park
Chicago, IL 60625


Jen Bizon
624 W. Aldine Ave #4E
Chicago, IL 60657


Jen Bosworth
900 Chicago Avenue #712
Evanston, IL 60202


Jen Keeling
934 W Sunnyside unit 3A
Chicago, IL 60640


Jen Mystkowski
6253 N Sheridan Rd #26
Chicago, IL 60660


Jen Sontag
3151 N Lincoln, #414
CHICAGO, IL 60652

Jen Yarberry
815 W Addison St, #2R
CHICAGO, IL 60613


Jennefa Krupinski
3101 W Augusta
Chicago, IL 60622


Jennie Phon
2970 N. Sheridan #1209
Chicago, IL 60657


Jennifer Avery
1475 W Gregory St.
Chicago, IL 60640


Jennifer Bozarth
801 S. Plymouth Ct #618
Chicago, IL 60605


Jennifer Burgess
1248 W. Diversey, #2
Chicago, IL 60614


Jennifer Cataldo
1212 W. Henderson Apt. 2
CHICAGO, IL 60657


Jennifer Cremens
2619 N Halsted St
Chicago, IL 60614


Jennifer Curley
1424 W. Thome #2C
CHICAGO, IL 60660


Jennifer Fowler
1922 W. Lunt
Chicago, IL 60626


Jennifer Gunnerson
7445 Davis St.
Morton Grove, IL 60053

Jennifer Harris
4300 N Marine Drive #705
CHICAGO, IL 60613

Jennifer Haugh
305 Monroe St. Box 385
Delaware City, DE 19706

Jennifer Hunt
5627 N. Keystone
Chicago, IL 60646

Jennifer Kunkel
6456 N. Greenview #1
Chicago, IL 60626

Jennifer Loftus
50 Puu Anoano St #3405
Lahaina, HI 96761

Jennifer McQueen
858 W Armitage #384
CHICAGO, IL 60614

Jennifer Richards
2828 S. Wenonah
Berwyn, IL 60402

Jennifer Rudderham
7905 Hemlock
Gary, IN 46403

Jennifer Scherr
9354 S. Avers
Evergreen Park, IL 60805

Jennifer Tyburczy
3022 Prentice Avenue
Columbia, SC 29205

Jennifer Williams
1801 N. Kedzie Ave, Apt. 301
Chicago, IL 60647

Jennile Oconnor
8835 South Throop St.
Chicago, IL 60620


Jenny Fontaine
1422 S. Halsted #2B
Chicago, IL 60607


Jeremy Bloxson
420 W Surf Apt 512
Chicago, IL 60657


Jeremy Hogan
3423 W. School St.
Chicago, IL 60618


Jerica Arents
1429 W Lunt #301
CHICAGO, IL 60626


Jerry Ellis
9069 Brewer Creek Pl.
Manassas, VA 20109


Jess Ohlson
2336 N. Milwaukee, unit 2F
Chicago, IL 60647


Jessica Hoskins
1417 W. Carmen, #3s
Chicago, IL 60640


Jessica Kline
2333 Central St. #307
Evanston, IL 60201


Jessica Musselwhite
2534 W Charlston
Chicago, IL 60647


Jessica Nysenbaum
5806 Tudor Lane
N. Bethesda, MD 20852

Jessica Rogers
918 W Gordon Terrace, #3
CHICAGO, IL 60613


Jessica Stults
3211 N Racine Ave
CHICAGO, IL 60657


Jessica Williams
1307 Barry Ave Apt 6
Los Angeles, CA 90025


Jessie Huls
7007 N Monon Ave
Chicago, IL 60646


Jesus Martinez
411 Bartlett St
San Francisco, CA 94110


Jeycy Lugo
2746 N Normandy #1
ELMWOOD PARK, IL 60707


Jill Higgins
2350 N. CLeveland #3
Chicago, IL 60614


JingWoan Chang
1125 W Farewell, #D3
CHICAGO, IL 60626


Jinny Gerhardt
5029 n monticello ave
chicago, IL 60625


Jivalla Carter
4775 Jackson
GARY, IN 46408


Joan Washburn
4706 N Drake 1st Fl
Chicago, IL 60625

Joan Yohanan
550 Greenwood
KENILWORTH, IL 60043


Joanie Boney
2130 US Hwy 67
Monmouth, IL 61462


Joanna Riester
5123 N. Kenmore Ave #203
Chicago, IL 60640


Joanne Flom
3130 N Lakeshore Drive
Chicago, IL 60657


Jocelyn Carter
3723 N. Greenview
Chicago, IL 60613


Joe Kusiak
924 W Leland
Chicago, IL 60640


Joelle Munchak
5149 N Paulina 3N
Chicago, IL 60640


Joey Bland
1262 W. North Shore Ave.
Chicago, IL 60626


John Barlow
4111 N Kimball Ave
Chicago, IL 60618


John De Koker
9817 S. Leavitt
Chicago, IL 60643


John Dickinson
2920 W. Wilson Avenue
Chicago, IL 60625

John Niner
2205 Sanford Ave.
Newlenox, IL 60451


John Richardson
770 N. Halsted St., #125
Chicago, IL 60642


Jolene Freeman
1400 N Lakeshore Dr #12
CHICAGO, IL 60610


Jon Evans
4052 Oriole
Norridge, IL 60706


Jonathan Ankney
4313 N Keeler Ave
Chicago, IL 60641


Jonathan Faust
1 Longview LN
North Oaks, MN 55127-6213


Jonathan Liffgens
330 W. Diversey Pkwy.
Chicago, IL 60657


Jonathan Toback
1710 N. Francisco
Chicago, IL 60647


Jordan Passman
735 North Laurel Avenue
Los Angeles, CA 90046


Jose Macias
1929 w 22nd place
chicago, IL 60608


Josef Erlemann
2746 Lower Kula Road
Kula, HI 96790

Joseph Kozminski
1402 E 55th St
Chicago, IL 60615


Joseph Nudo
3210 N Kilbourn Ave #4
Chicago, IL 60641


Josh Saboe
1720 N Marshfield Ave
Chicago, IL 60622


Juan Cortes
2637 N Drake ave
Chicago, IL 60647


Judie Albano
3900 N Hillwood Circle
Tucson, AZ 85750


Judy Bernardi
1421 juneway ter
chicago, IL 60626


Judy Kwiecinski
14945 Knox
Midlothian, IL 60445


Judy Skuta Garson
18255 Kirby Drive
Tinley Park, IL 60487


Julia Barlow
4111 N Kimball
CHICAGO, IL 60618


Julia Parisot
4515 N Seeley #2
Chicago, IL 60625


Julia San Fratello
3844 N. AltaVista Terrace
Chicago, IL 60613

Julia Toepfer
4710 N. Damen, Rear bldg.
Chicago, IL 60625

Julie Fritz
1600 N. Maplewood Ave #3
Chicago, IL 60647

Julie Hunicutt
3650 Monon Street, Apt. 314
Los Angeles, CA 90027

Julie Kosowski
421 A West Briar Place
Chicago, IL 60657

Julie Palles
4448 W. Hutchinson St.
Chicago, IL 60641

Julie Schraith
5942 N Saint Louis
Chicago, IL 60659

Julie Sick
1638 W Nelson
CHICAGO, IL 60657

Julie Vanderpoel
3620 N. Racine
Chicago, IL 60613

June Kalom
1422 Potter Rd.
Park Ridge, IL 60068

Kara Hart
3700 N. Leavitt St.
Chicago, IL 60618

Kara Wagner-Shere
3849 W Kostner
Chicago, IL 60641

Karen Furlong
2407 N. Albany #2
Chicago, IL 60647


Karen Hartz
2240 w lunt ave
CHICAGO, IL 60645


Karen Morris
2116 W Potomac #2
Chicago, IL 60622


Karen Yarenbough
5301 W Pensacola
CHICAGO, IL 60641


Karin Dabrowski
1506 W School St, #1
Chicago, IL 60657


Karol Weigelt
3625 N. Magnolia
Chicago, IL 60613


Kate Blair
922 N. Noble Apt 2R
Chicago, IL 60642


Kate Cagney
4349 South Ellis
Chicago, IL 60653


Kate Johnson
455 Marlborough Road
Brooklyn, NY 11226


Kate Miller
816 W. Oakdale #2
CHICAGO, IL 60657


Kate Rowland
5120 S. University #3
Chicago, IL 60615

Katherine Egan
1157 W. Roscoe
CHICAGO, IL 60657

Katherine Smith
4702 N Malden #3
Chicago, IL 60640

Katherine White
12597 Meadow Circle
Lake Bluff, IL 60044

Kathleen Andersen
1470 Winnemac #2
Chicago, IL 60640

Kathleen Day
4144 W. Crystal
Chicago, IL 60651

Kathleen Johnson
0S940 Green
Elborn, IL 60119

Kathleen McHugh
1743 N. Fern Ct
Chicago, IL 60614

Kathleen Thompson
3848 N Milwaukee
CHICAGO, IL 60641

Kathryn Sheldon
4301 N Melvina
Chicago, IL 60634

Kathy Freeman
182 W. Lake Street; Unit 507
Chicago, IL 60601-1065

Kathy Habib
1031 W. Altgeld
Chicago, IL 60614

Kathy Mueller
22W303 Foster Ave
Medinah, IL 60157


Katie Balson
4525 N Hamilton Ave
CHICAGO, IL 60625


Katie Fizdale
3024 W Palmer Blvd
CHICAGO, IL 60647


Katie Hernandez
1423 W Fletcher
CHICAGO, IL 60657


Katie McHugh
930 W. Sheridan #3NE
CHICAGO, IL 60613


Katie Porter
2111 W Belmont #4
CHICAGO, IL 60618


Katie Sherman
4257 N Central Park
Chicago, IL 60618


Katie Vandehey
1705 W. Leland #2
Chicago, IL 60640


Kavitha Menon
3243 N Seminary Ave, #1
Chicago, IL 60657


Keeanga Taylor
3248 W. Evergreen Ave
Chicago, IL 60651


Kelate Gaim
840 W. Sunnyside Ave
Chicago, IL 60640

Kelly Fitzpatrick
2259 W 18th Place
CHICAGO, IL 60608


Kelly McDonagh
2219 W Farragut
Chicago, IL 60625


Kellye Hudson
8521 Cypress Lake Drive E
Knoxville, TN 37923


Ken Mitchell
4407 N. Racine
Chicago, IL 60640


Kevin B. O'Reilly
5252 N. Kenmore Ave., Apt. 2
Chicago, IL 60640


Kevin Brown
6533 N. Newgard, #3
Chicago, IL 60626


Kevin Joyce
5454 s. Laramie Ave Apt 11
Chicago, IL 60638


Kevin Kelly
3929 N ASHLAND AVE
CHICAGO, IL 60613


Kevin Marks
2219 W Walton St Apt 2
Chicago, IL 60622


Kevin Staskel
9 North 9th Street Apt 613
Philadelphia, PA 19107


Kim Diehnelt
620 W Belmont, #207
Chicago, IL 60657

Kim Richards
1225 W Wellington
CHICAGO, IL 60657


Kim Wilkinson
417A West Grant Place
Chicago, IL 60614


Kimberly Richardson
2609 Central Street Ap#3
Evanston, IL 60201


Kimberly Smathers
2437 W. Ainslie #2F
Chicago, IL 60625


Kiran Mehta
708 W Buena
Chicago, IL 60613


Kirstin Leiby
5820 N Broadway
CHICAGO, IL 60660


Kitty Slattery
1250 W. Glenlake
Chicago, IL 60660


Krista Booth
3331 N. Karlov
Chicago, IL 60641


Kristen Jones
1464 S Michigan Ave, #1202
CHICAGO, IL 60605


Kristi Czapiewski
410 N Emhurst Ave
Mount Prospect, IL 60056


Kristin Buller
1210 E. 54th St. #3
Chicago, IL 60615

Kristin Dryer
533 W. Barry Avenue
Chicago, IL 60657

Kristin Lynch
1300 W Altgeld, #110
CHICAGO, IL 60614

Kristin Maccallum
3131 North Clifton Ave Apt 1
CHICAGO, IL 60657

Ktimene Axetell
3527 N Hermitage, #2
CHICAGO, IL 60657

Kurt Drain
4704 N. Sawyer, #3N
Chicago, IL 60625

Kyla Wenger
3054 N Southport
Chicago, IL 60657

Kyle Brumfield
4527 N Whipple Ave Apt#2
Chicago, IL 60625

Kyle Buck
28651 Thorngate Drive
Mundelein, IL 60060

Kyna Nicholas
8104 South Avalon
Chicago, IL 60619

La Vern Roberts
3021 W Cullon #1
CHICAGO, IL 60618

Laju Tripathi
901 S. Plymouth Court, Apt 1602
Chicago, IL 60605

Lara Beasley
711 Glouster Knoll Dr
SILVER SPRING, MD 20901


Larry Dieckmann
1508 w estes
chicago, IL 60626


Latoya Smith
3765 N. Magnolia
CHICAGO, IL 60613


Laura Brown
2600 W Winnemac #2A
Chicago, IL 60625


Laura Cannata
1731 W. Fletcher
Chicago, IL 60657


Laura Kopen
2068 N. Leavitt 2fl
Chicago, IL 60647-4453


Laura Lynch
3241 N Seminary
Chicago, IL 60657


Laura Mattson
2008 S Wabash #4
Chicago, IL 60616


Laura Miracle Tamarkin
2622 W Walton St
Chicago, IL 60622


Laura Stempel
2345 W. Thomas
Chicago, IL 60622


Laura Zhang
1619 W. Belmont Ave.
Chicago, IL 60613

Lauren Mepham
1623 W. Belmont, #g2
Chicago, IL 60657

Lauren Schwendimann
4722 N. Beacon, #2E
Chicago, IL 60640

Laurie Fuller
6325 N. Lakewood
Chicago, IL 60660

Lawrence Benito
6424 S. Dorchester Ave. #3
Chicago, IL 60637

Leah Mayers
4669 N. Manor Avenue
Chicago, IL 60625

Lee McLain
1622 W. Cullom
Chicago, IL 60613

Lee Stark
2655 W. Ainslie, #3
Chicago, IL 60625

Leigh Jones
5707 N. Campbell
Chicago, IL 60657

Leigh Pyle
2707 W. Hisch, #2
Chicago, IL 60622

Leslee Carver
1044 W. Byron #2
Chicago, IL 60613

Lesley Ames
1413 West Summerdale
Chicago, IL 60640

Leslie Fiedler
3549 S. Hoyne
Chicago, IL 60609

Lidia Huerta
9610 Tulley
Oak Lawn, IL 60453

Life Guihan
6624 N Campbell
Chicago, IL 60645

Life Thomas
6624 n Campbell
Chicago, IL 60645

Lili Smith
2619 W Gunnison
Chicago, IL 60625

Lillian Peterson
2028 S Canalport Ave
Chicago, IL 60616

Linda Buyer
3930 N Pine Grove Ave, #1411
Chicago, IL 60613

Linda Garmager
932 Manchester Street
Naperville, IL 60563

Linda Schluderberg
207 Rollingfield Road
Catonsville, MD 21228

Lindsay Ammons
1943 W Oakdale Apt#1
Chicago, IL 60657

Lindsay Cusack
3838 W. 111th #208
Chicago, IL 60655

Lindsey Stow
918 W. Newport Ave. Apt. B
Chicago, IL 60657


Lisa Espinosa
3631 S. Hermitage #1
Chicago, IL 60609


Lisa Fernandez
2319 S Oakley
CHICAGO, IL 60608


Lisa Hoover
P.O. Box 262
Blue Lake, CA 95525


Lisa Johnson
1254 45th Ave
San Francisco, CA 94122


Lisa La Vallee
2111 W. Superior St
CHICAGO, IL 60612


Lisa Pickert
2526 N. Wayne
Chicago, IL 60614


Lisa Portes
3308 S Lituanica
Chicago, IL 60608


Lisa Strube
2S300 Valley Rd.
Lombard, IL 60148


Lisa Wagner
3016 N. Christiana
Chicago, IL 60618


Lisa Warren
6632 N Chicora Ave
CHICAGO, IL 60646

Lissa Levy
4917 N. Ashland #2
Chicago, IL 60640

Liz Salinas
821 N. Rockwell, #1
Chicago, IL 60622

Lizzy Kreindler
815 W Addison, #GF
CHICAGO, IL 60613

Lois Basil
4822 N. Leavitt
Chicago, IL 60625

Lori DeHerrera
1430 W Cuyler Ave
Chicago, IL 60613

Lori Graber
9001 SW 125 Terrace
Miami, FL 33176

Lourdes Arias
3548 W Palmer #2
Chicago, IL 60647

Lowell DeFrance
7808 W 160th Street
Tinley Park, IL 60477

LUKE MELLENS
3318 n damen ave unit 3
chicago, IL 60618

Lynn Renik
3600 N. LakeShore Drive #2020
Chicago, IL 60613

Lynne Perron
6031 N Bernard
Chicago, IL 60659

Madeha Farrar
733 W California Terrace
Chicago, IL 60657


Madonna Lekas
1956 W. School
Chicago, IL 60657


Maggie Andersen
2615 W Agatite
CHICAGO, IL 60625


Maggie Bowman
4545 N. Hamilton Ave. #3E
Chicago, IL 60625


Maggie Fay
3652 N. Janssen Ave Apt. 1F
CHICAGO, IL 60613


Maggie Vagle
1468 W. Foster #2
Chicago, IL 60640


Mai Martinez
PO Box 11383
Chicago, IL 60611


Mairin Barney
3730 N Albany Ave
CHICAGO, IL 60618


Manjari Khaitan
540 N state st
chicago, IL 60654


Mara Tapp
3800 N. Lakeshore Drive
Chicago, IL 60613


Marci Morgan
4453 N. Paulina, #2
Chicago, IL 60640

Margaret Browning
1312 East 56th St
Chicago, IL 60637


Margaret Loly
2604 Jacardanda
Carlsbad, CA 92009


Margaret Quinn
3126 N Clifton Ave unit 2
Chicago, IL 60657


Margaret Rakowski
1430 N Lunt Ave 3E
Chicago, IL 60626


Margaret Storey
1454 W Hollywood Ave #1E
Chicago, IL 60660


Margo Olson
2536 N. Kimball Ave, #3
Chicago, IL 60647


Marguerite Judge
3832 N Alta Vista Terrace
CHICAGO, IL 60613


Maria NUMBER 2 Garcia
4419 N Troy
Chicago, IL 60625


Maria Olsen
2783 W. Francis #1
Chicago, IL 60647


Maria Roche
2522 N Keating ave
CHICAGO, IL 60639


Maria Rubio
6214 W Holbrook
Chicago, IL 60646

Maria Theisen
855 W Oakdale Ave
Chicago, IL 60657


Maria-Teresa Roman
2953 W. Belden
Chicago, IL 60647


Mariaelena Lozano
2646 W. 43rd St.
Chicago, IL 60632


Maribel Yanez-Castro
1368 W Fuller
CHICAGO, IL 60608


Maricela Donahue
1381 N Van Dorn St
Alexandria, VA 22304


Marie Casimir
2235 W Belden, apt 1F
CHICAGO, IL 60647


Marie O'Brien
5441 S. Kenwood, #2
Chicago, IL 60615


Marie Walz
2655 W. Leland
Chicago, IL 60625


Marilyn Pearson
1700 Riverwoods Drive #720
Chicago, IL 60160


Marina Fleming
802 s. vine st.
denver, CO 80209


Marion Stern
2960 N. Lake Shore Drive Apt. 1307
Chicago, IL 60657

Marissa Martinez
1523 W. 17th St.
CHICAGO, IL 60608

Mark Kasten
1940 West Cuyler Ave
Chicago, IL 60613

Mark Paye
1249 W. Argyle St
Chicago, IL 60640

Marlee Coquillard
3035 N Seminary, #12
CHICAGO, IL 60657

Marsha East
829 Ferdinand Ave
Forest Park, IL 60130

Marta Considine
4259 West Thorndale
Chicago, IL 60646

Martha Crandall
4021 N. Sacramento
Chicago, IL 60618

Martha Spalding
5646 N. Kenmore #3B
Chicago, IL 60660

Marti Cruz
2832 N Francisco Avenue
Chicago, IL 60618

Martin Ridge
3347 South Lituanica
Chicago, IL 60608

Mary Ann Johnson
2109 N. Humboldt
Chicago, IL 60647

Mary Ann Morris
920 Kings Mill Rd
Chapel hill, IL 27517

Mary Ann Stare
1225 Grandview Dr
CHINO HILLS, CA 91709

Mary Beth Grimberg
938 Emerald Street
San Diego, CA 92109

Mary Fogg
4421 N. Lawndale #1A
Chicago, IL 60625

Mary Maloney
17705 Harper Rd
TinleyPark, IL 60487

Mary Martin
1961 Camp Madron Rd. #50.
Buchanan, MI 49107

Mary Paton
743 W. Brompton, 2N
Chicago, IL 60657

Mary Schuller
918 Reba Place Apt. 3S
Evanston, IL 60202

Mary Verner
4341 N. Avers
Chicago, IL 60618

Mary Vukcevich
5546 S Blackstone, #1
CHICAGO, IL 60637

Maryam Hussain
5458 S. Cornell Ave. #2W
Chicago, IL 60615

Maryse Richards
3232 N. Kenmore #2
Chicago, IL 60657


Matt Anderson
3438 N Kilbourn Ave
Chicago, IL 60641


Matt Floodman
2738 W Belmont Ave 4E
Chicago, IL 60618


Matt Gavronski
3316 n damen ave unit 3
chicago, IL 60618


Matt Koss
424 W. Oakdale Ave. #303
Chicago, IL 60657


Matthew Andersen
8319 38th St Circle E, #305
Sarasota, FL 34243


Matthew Lynch
3606 west grace st
chicago, IL 60618


Matthew Rollins
95-227 Waikalani Dr. #305
Mililani, HI 96789


Matthew Sorenson
PO Box 408506
Chicago, IL 60640


Matthew Spina
5537 N Kenmore Ave
Chicago, IL 60640


Matthew Vargos
7830 161st Street
Tinley Park, IL 60477

Maud Hickey
2116 Cleveland St.
Evanston, IL 60202


Maura Starshak
3454 N Hamilton
Chicago, IL 60618


Maureen Barrett
4108 N Kenmore Ave
Chicago, IL 60613


Maureen Correa
6250 N. Oakley #1
Chicago, IL 60659


Maureen Walrath
2700 N Sacramento Ave Unit 3
Chicago, IL 60647


Mechelle Moe
1614 W. Irving Park
Chicago, IL 60640


Meera Sethi
1846 Delaware St
Berkeley, CA 94703


Megan Chung
1841 South Calumet Avenue #1202
Chicago, IL 60616


Megan Gailey
4230 Heyward Ln
Indianapolis, IN 60657


Megan Heffernan
3350 S. Lituanica Ave, #1
Chicago, IL 60608


Megan Holmberg
5732 N Kenmore Ave
Chicago, IL 60660-6514

Megan McCaddon
1523 W Henderson #H
CHICAGO, IL 60657

Megan Polk
1800 W. Roscoe Unit 204
Chicago, IL 60657

Meghan Clemens
2314 Fish Ave
Bronx, NY 10469

Meghan Geary
609 Mercer St
Albany, RI 12208

Mel Ferrand
3311 W. Pensacola
Chicago, IL 60618

Melanie LaForce
2530 N Monticello
Chicago, IL 60647

Melanie Patrick
801 S. Plymouth Ct.
Chicago, IL 60605

Meleah Rush
1443 W. Winnemac #3
Chicago, IL 60640

Melika Bass
1459 W Winnemac 3FL
Chicago, IL 60640

Melisha Savage
4835 N Leavitt St Apt 1
Chicago, IL 60625

Melissa Anderson
2138 W Warner
Chicago, IL 60618

Melissa Hohimer
2733 N Francisco #2
CHICAGO, IL 60647

Melissa Iverson
2960 W Montrose Apt#3
Chicago, IL 60618

Melissa Rosenzweig
1126 E 59th St
CHICAGO, IL 60637

Melissa Schwarz
3252 N Kildare Ave
Chicago, IL 60641

Mercy Sanchez
2149 W Ohio St, #2E
CHICAGO, IL 60612

Meredith Dixon
1101 Juniper St. Apt. 1520
Atlanta, GA 30309

Meredith Hirshfeld
2662 N Burling
CHICAGO, IL 60614

Michael Christensen
4406 N. Keeler
Chicago, IL 60630

Michael Feldman
1225 N. Wells St., Unit 708
Chicago, IL 60610

Michael McIntyre
2336 N Kedvale
Chicago, IL 60639

Michael Tanner
844 W. Ainslie St. #L2
CHICAGO, IL 60640

Michele Day
4659 N. Ravenswood, #103
CHICAGO, IL 60640

Michele Weinstein
5012 N. Lawndale
CHICAGO, IL 60625

Michelle Boyd
1323 W Lunt Ave, #2W
CHICAGO, IL 60626

Michelle Vodenik
1316 N. 17th
Melrose Park, IL 60160

Michelle Voigts
3219 N. Racine Ave. #2N
Chicago, IL 60657

Miguel Nieves
5226 N Oak Park Ave
Chicago, IL 60656

Mike Cama
5344 W Wilson Ave
Chicago, IL 60630

Mike Fisherman
663 w wellington
chicago, IL 60657

Mike Green
201 San Antonio Circle Ste. 280
Mountain View, CA 94040

Mike McGee
1733 W. Irving Park Rd 224
Chicago, IL 60613

Mike Walsh
2440 w winona st
chicago, IL 60625

Mindbody Processing
4051 Broad Street
Suite 220
San Luis Obispo, CA 93401


Mo Scanlan
3011 N. Racine
CHICAGO, IL 60657


Molly Schemper
1850 S. Blue Island Ave..
Chicago, IL 60608


Molshree Sharma
1169 S. Lyman Ave
Oak Park, IL 60304


Monica Carter
6147 N, Sheridan Rd,
Chicago, IL 60660


Monica Vuksanovich
2425 W. Farragut, 2A
Chicago, IL 60625


Mony Ruiz-Velasco
1017 Home Ave
Oak Park, IL 60304


Nadia Webb
400 N LaSalle, #1703
CHICAGO, IL 60654


Nancy Bothne
1117 W. Lunt
Chicago, IL 60626


Nancy Gordon
1442 W. Winona 1W
Chicago, IL 60640


Nancy Lipschutz
1540 Brassie Ave
Chicago, IL 60422

Nancy Mcray
820 Southlawn
East Lansing, MI 48823

Nancy Menjivar
1873 N. Hoyne
Chicago, IL 60647

Natalie Adair
1508 W Hollywood Ave #2F
Chicago, IL 60660

Natalie Evans
1317 W Farwell Ave #3
CHICAGO, IL 60626

Natalie Smith
4012 West Ainslie Street
Chicago, IL 60630

Nate Zimmerman
3730 North Lakeshore Dr. #11b
Chicago, IL 60613

Nathan Nickells
3727 N Pine Grove Ave #301
Chicago, IL 60613

Naveed Asem
3150 N LAKE SHORE DR APT 5F
CHICAGO, IL 60657

Neil Crumpton
4940 N. Ridgeway Ave, Unit 1
Chicago, IL 60625

Nereida Castro
1733 N. Maplewood
Chicago, IL 60647

Nicholas Becker
640 W. Waveland Ave., Apt. 4E
Chicago, IL 60613

Nick Anderson
2942 North Wood
Chicago, IL 60657


Nick Gianou
1305. S. Michigan Ave., Apt. 702
Chicago, IL 60605


Nick Macri
4233 N. Sawyer Ave.
Chicago, IL 60618


Nicole Bussard
2917 W Wilson
Chicago, IL 60625


Nicole Collier
3955 N Lamon Ave Apt 108
Chicago, IL 60641


Nicole Collins
6257 N Sheridan Rd #48
CHICAGO, IL 60660


Nicole Parker
2512 N. Lawndale #2
Chicago, IL 60647


Nicole Sotelo
918 W Winona, #606
Chicago, IL 60640


Nicolette Mendez
2522 W. Flournoy Unit 2
Chicago, IL 60612


Nina Joy Lichtenstein
3307 W. Dickens #3
Chicago, IL 60647


Nomi Dworkin
2123 w. hoyt ave
st. paul, MN 55108

Norma Fernandez
5954 S Nashville
Chicago, IL 60638


Norma Luna
3023 N. Oketo
Elmwood, IL 60707


Norma Seledon
3124 S Ridhewat Ave
CHICAGO, IL 60623


Ofelia Soba
3601 N. Southport 2C
Chicago, IL 60613


Omar Arain
3450 north lake shore drive apt 1902
Chicago, IL 60657


Oren Sreebny
70 E 18TH ST UNIT 4A
CHICAGO, IL 60616


Pam Robinson
3712 N. Janssen, #1
Chicago, IL 60613


Pamela Banas
13024 Garris Avenue
Granada Hills, CA 91344


Pamela Fabian
5431 N. East River Road #1002
Chicago, IL 60656


Pamela Hall
4706 N Damen Ave
CHICAGO, IL 60625


Pamela Jordan
7264 N. Rogers
Chicago, IL 60645

Pamela Pierro
1248 W. Fletcher St. #G
Chicago, IL 60657

Pat Conway
6130 N Hermitage
CHICAGO, IL 60660

Pat Guizzetti
6226 N.Lakewood Ave
Chicago, IL 60660

Pat Morin
5642 N. Keystone
Lincolnwood, IL 60646

Pat Xourias
1251 W Fletcher Apt D
Chicago, IL 60657

Patia Bartlett
1448 W Berwyn
Chicago, IL 60640

Patricia Andreuzzi
1741 North Kedvale
Chicago, IL 60639

Patricia Shaw
8420 S. Kenwood
Chicago, IL 60619

Patricia Taylor
8823 Seward St
Evanston, IL 60202

Paul Kelly
1330 W. Henderson St. #2
Chicago, IL 60657

Paul Proto
3530 N Leavitt St #2
Chicago, IL 60618

Paula Dell
2414 W. Winona St., #2E
Chicago, IL 60625


Paula Hooper
101 Capra Way #201
San Francisco, CA 94123


Paula Sankarsingh
2034 W Berwyn Ave
Chicago, IL 60625


Paula Sjogerman
6506 N. Maplewood
Chicago, IL 60645


Peggy Brittman
9530 S Cook #309
OAK LAWN, IL 60453


Penny Delsohn
6401 Pershing Rd.
Stickney, IL 60402


Penny Grillos
4117 N. Mobile
Chicago, IL 60634


Peter Elliott
1407 Kirk street
Evanston, IL 60202


Peter Preston
5148 N Oakley Ave
Chicago, IL 60625


Phillip Howell
1264 W. Ardmore Ave.
Chicago, IL 60660


Piotr Korzynski
15415 S. Rosarie Dr.
Homer Glen, IL 60491

Prashant Srivastava
1624 W Wabansia Avenue
Chicago, IL 60622

Rachel Kamin
1054 Holly Circle
Lake Zurich, IL 60047

Rachel Lopatin
3150 N. Lake Shore Drive
Chicago, IL 60657

Rachel Murray
1757 W School St
Chicago, IL 60657

Rachel Oleinick
810 W. Lakeside Place #308
Chicago, IL 60640

Rachel Reichlin
5042 N Leavitt St, #3
Chicago, IL 60625

Rachel Rosner
1316 Main
Evanston, IL 60202

Rachel Trana
3170 N Sheridan Rd, #1104
CHICAGO, IL 60657

Rachel Weber
713 S. Humphrey
Oak Park, IL 60304

Radek Skalski
734 Jefferson St.
Hinsdale, IL 60521

Ranae Schlichting
3722 W Cornelia Ave, #2F
Chicago, IL 60618

Ravi Mistry
1100 Joe wheeler Drive
Tuscumbia, AL 35646

Rebecca Bishop
7233 Breen
Niles, IL 60714

Rebecca Carriere
3112 N. Ravenswood #5
Chicago, IL 60657

Rebecca Holzhei
4816 N. Paulina, #1C
Chicago, IL 60640

Rebecca Luttrell
4523 1/2 S. Drexel Blvd
CHICAGO, IL 60653

Rebecca Morris
4209 Butler Street #2
Pittsburgh, PA 15201

Rebecca Pillsbury
738 SE 16th Ave
Portland, OR 97214

Rebecca Sohn
1264 W. Winnemac, #2
CHICAGO, IL 60640

Rebecca Zemans
1455 W WIlson, #1
Chicago, IL 60640

Rebecca Zisook
2957 N Spaulding Ave APT 3F
Chicago, IL 60618

Rebekah Levin
1044 S. Gunderson
Oak Park, IL 60304

Rebekah Scheinfeld
4451 N. Beacon #3
Chicago, IL 60613

Reece Pendleton
2674 Prairie Ave
Evanston, IL 60201

Regina Mamou
15 S Racine Ave, #4S
Chicago, IL 60607

Regina Rosenbrock
839 n grove ave
Oak Park, IL 60302

Regina Ward
588 W Cornelia
CHICAGO, IL 60657

Rekha (Renukma) Krishnamoorthy
3150 N. Sheridan Rd #8A
Chicago, IL 60657

Rhonda Tullis
1229 W Greenleaf, #2N
Chicago, IL 60626

RICHARD ERNST
1223 W. ADDISON
CHICAGO, IL 60613

Richard Werner
3076 N. Elston Ave. apt. 2
Chicago, IL 60618

Rick Storer
2411 Church Street
Evanston, IL 60201

Rigoberto Villa
5742 N Melvina
Chicago, IL 60646

Robb Angus
2333 W. St. Paul #133
Chicago, IL 60647

Robert Chamberlain
3012 W. Lyndale St.
Chicago, IL 60647

Robert Davey
5207 Evans Ave #A
Austin, TX 78751

Robert DiLeonardi
550 Drexel Ave.
Glencoe, IL 60022

Robert Krystyn
5111 S. Kimbark Apt. 13-G
Chicago, IL 60615

Robert Lilisa
1929 Wenonah ave.
Berwyn, IL 60402

Robert Waller
1410 W Melrose ST
Chicago, IL 60657

Rochelle Reeder
1200 E 106th Place
SOUTH HOLLAND, IL 60473

Rodrigo Luna
6040 W Wrightwood
Chicago, IL 60639

Rohini Mendonca
1446 W Wolfram Ave
CHICAGO, IL 60657

Ron Perrillo
3807 North Richmond
Chicago, IL 60618

Ronald Harvey
555 W. Cornelia Ave. Apt. 2004
Chicago, IL 60657

Rosa Ortiz
1510 SE 34th Ave
Portland, OR 97214

Rose Darosa
4713 N. Paulina, #1
CHICAGO, IL 60640

Rose Freeman
2210 N Kimball
Chicago, IL 60647

Rose Salazar
1742 W. Julian
Chicago, IL 60622

ROSS FIERSTEN
4426 N. RAVENSWOOD
CHICAGO, IL 60640

Roy Rogers
4100 N Marine Dr APT 14B
Chicago, IL 60613

Roy Steele
1347 N Maplewood Ave
Chicago, IL 60622

Rudra Banerji
4324 N. Kostner Ave.
Chicago, IL 60641

Russell Brinkman
2249 N. Spaulding
Chicago, IL 60647

Russell Herron
5824 S. Harper Ave.
Chicago, IL 60637

Ruth Lipschutz
223 Grey Ave
Evanston, IL 60202


Ryan Kappes
813 W. Buena Ave
Chicago, IL 60613


Ryan Monroe
4055 N. Hermitage Ave. 2N
Chicago, IL 60613


Ryan Rubright
75 Riverchase Blvd
Beaufort, SC 29906


S Schneider
1901 sunnyside circle
northbrook, IL 60062


Sam Koentopp
6312 N Keeler
Chicago, IL 60646


Sam Schiller
2456 West Huron St
Chicago, IL 60612


Samantha Chavis
2205 W. Eastwood Ave, #22
Chicago, IL 60625


Samantha Murphy
3155 n. orchard st. apt 1
chicago, IL 60657


Samantha Ray
1330 W Diversey #3W
Chicago, IL 60614


Samantha Scipio
1914 W Crystal, #2R
CHICAGO, IL 60622

Sana Syal
520 N Ashley St, Apt 12
Ann Arbor, MI 48103

Sandra Hill
5903 timberlane road
matteson, IL 60443

Sara Black
1410 E. 56th #3
Chicago, IL 60637

Sara Camacho
1108 N. 10th Ave.
Melrose Park, IL 60160

Sara Davenport
2020 Lincoln Park West #23M
Chicago, IL 60614

Sara Doran
3809 N Hamilton, #2
CHICAGO, IL 60618

Sara Jane Roupe
1623 W Belmont Ave apt 1I
Chicago, IL 60657

Sara Krueger
1211 Elmdale, #2A
CHICAGO, IL 60660

Sara Miller
4734 N Kenmore
CHICAGO, IL 60640

Sara O'Neill-Kohl
2501 N Kimball, #3
CHICAGO, IL 60647

Sara Philp
5741 West Cornelia Ave
Chicago, IL 60634

Sarah Ball
2305 S Leavitt
Chicago, IL 60608

Sarah Culbertson
1339 Eddy St, #2
CHICAGO, IL 60657

Sarah Ditzler
4632 N. Lawler Ave
Chicago, IL 60630

Sarah Duncan
4801 S. Kenwood Ave.
Chicago, IL 60615

Sarah Ernst
4046 N Monticello Apt #2
Chicago, IL 60618

Sarah Harinstein
1451 W School St
CHICAGO, IL 60657

Sarah Joy Liles
111335 S. St. Lawrence Ave
Chicago, IL 60628

Sarah Landolfi
1641 W Farragut #2
Chicago, IL 60640

Scott Cherney
416 W. Briar place
Chicago, IL 60657

Scott Loeff
4416 N.Greenview Ave Unit E
Chicago, IL 60640

Scott Thompson
3319 w wilson
Chicago, IL 60625

Sean Cleland
5978 N. Lincoln 5A
Chicago, IL 60659-3747

Serena Valenti
655 W. Roscoe #2
CHICAGO, IL 60657

Serene Gaynor
2734 W. Argyle #1
Chicago, IL 60625

Shannon Casey
1420 W Fletcher St #3
Chicago, IL 60657

Shannon Degroot
10743 Oakton Court
Frankfort, IL 60423

Shari Brandli
2347 W. 24th Street #1F
Chicago, IL 60607

Shari Hoenig
172 W 79th St #2F
NY, NY 10024

Sharon Ernst
1223 W. Addison
Chicago, IL 60613

Sharon Gray
1721 E. 8th St.
Davis, CA 95616

Sharon Moriarity-Cordin
454 W. 44th Street
Chicago, IL 60609

Shaun Harkin
1006 W 31st St Apt 3F
Chicago, IL 60608

Shawn Michael
3534 N. Janssen Ave.
Chicago, IL 60657

Sheila Costanzo
845 W. Belle Plaine Ave. #2W
Chicago, IL 60613

Shelli Aderman
1227 West Lunt Avenue #1A
Chicago, IL 60626

Shelly Drazba
2165 W. Leland Ave
Chicago, IL 60625

Shelly Liuzza
2123 N Richmond St. #3
Chicago, IL 60647

Sherry Holzinger
2441 N. Richmond St.
CHICAGO, IL 60647

Shirley Massey
4950 chicago beach dr
chicago, IL 60615

Sho'leh Geula
1833 W. Greenleaf #1
Chicago, IL 60626

Shuva Brodley
2400 N Lakeview, #310
Chicago, IL 60614

Sierra Jade McInroe
1160 W. 19th Place #1
Chicago, IL 60608

Silvana Dimitrova
3338 W. Addison
Chicago, IL 60618

Simona Popa
1718 W. Diversey
CHICAGO, IL 60614


Sonia Barillas
5102 W Ainslie
Chicago, IL 60630


Sonya Booth
4039 W. Eddy
Chicago, IL 60641


Sophia Darugar
2325 S Hoyne
Chicago, IL 60608


Sophia Drivalas
5419 N Washtenaw
Chicago, IL 60625


Spencer Savoie
2650 W. Gregory Street, Apt. 2W
Chicago, IL 60625


St. Cecelia Piper
718 W. Buena Ave., 2B
Chicago, IL 60613


Stacy Dumovich
6305 N lakewood
Chicago, IL 60660


Stef Nolen
18340 Stewart Ave
HOMEWOOD, IL 60430


Stefani Johnson
735 S Cleveland
ARLINGTON HEIGHTS, IL 60005


Stefanie House
1839 W Henderson
Chicago, IL 60657

Stephanie Cooney
901 N Winchester, #1F
Chicago, IL 60622

Stephanie Friedman
5134 S Greewood Ave #1
Chicago, IL 60637

Stephanie Guerrero
2428 W Haddon
Chicago, IL 60622

Stephanie Lazar
2637 N Whipple
Chicago, IL 60647

Stephanie Merello
2815 W. Logan Blvd
Chicago, IL 60647

Stephanie Morse
1800 W. Roscoe St. #408
Chicago, IL 60657

Stephanie Sawin
1635 W. Belmont, #319
Chicago, IL 60657

Stephen Logan
1249 W Pratt Blvd
Chicago, IL 60626

Steven Hinkamp
12515 218th Pl. SE
Snohomish, WA 98296

Steven Matsumura
1451 Baldwin Ct
Naperville, IL 60565

Sudeshna Epping
1332 West Belmont #2
Chicago, IL 60657

Sunny Byers
3007 W. Logan Blvd. Apt. 2
Chicago, IL 60647


Sunshine Benbelkacem
934 W Gunnison #1
CHICAGO, IL 60640


Susan Kinney
2513 N washtemaw #2
CHICAGO, IL 60647


Susan Marshall
6660 west raven street
chicago, IL 60631


Susan ODell
1422 W Thome Ave
Chicago, IL 60660


Susan Padveen
1825 N Francisco
Chicago, IL 60647


Susan Wildman
410 N. Albany
Chicago, IL 60612


Susan Wolsko
6219 Lyman
Downers Grove, IL 60516-1956


Susan Young
4451 w sunnyside
chicago, IL 60630


Susan Zeigler
4320 W Henderson St
Chicago, IL 60641


Susana Torres
5900 W. Patterson
Chicago, IL 60634

Suzanna Collerd
381 Palmetto St 1R
Brooklyn, NY 11237


Suzanne Banuvar
1221 N. Damen Ave
Chicago, IL 60622


Suzanne Shelton
7939 Kenton Avenue
Skokie, IL 60076


Suzie Campbell
906 Reba Place #3
Evanston, IL 60202


T McCarey
6258 N Wayne
Chicago, IL 60660


Tania Garza
4259 N Wolcott 1st floor
CHICAGO, IL 60613


Tanner McFadden
4907 N WOLCOTT AVE APT 2A
Chicago, IL 60640


Tanya Kesmodel
4955 N Kedvale
CHICAGO, IL 60630


Tanya Spencer
2030 N Harlem, #C1
ELMWOOD PARK, IL 60707


Tanya Yeoman
3238 N Clark #2F
Chicago, IL 60657


Tara Sullivan
5249 N Lakewood Ave
Chicago, IL 60640

Terri Kapsalis
1901 W Chase Ave
CHICAGO, IL 60626


Terussa Stalsworth
935 W Cornelia, #3B
Chicago, IL 60657


Thara Nagarajan
4650 N. Beacon #1
Chicago, IL 60640


Thavary Krouch
1352 W Argyle #2S
CHICAGO, IL 60640


Theresa White
2649 N. Troy
Chicago, IL 60647


Thomas Cox
2621 W. Lunt Ave.
Chicago, IL 60645


Thomas Herrington
3817 N. Marshfield Ave
Chicago, IL 60613


Thomas Olmsted
1354 W Ohio St
Chicago, IL 60642


Tiffany Portman
329 n humphrey ave
oak park, IL 60302


Tim Barrett
5441N. Paulina St.
Chicago, IL 60640


Tim McGinnis
1733 W. Irving Park Rd
CHICAGO, IL 60613

Timothy Issel
1226 n harvey
oak park, IL 60302


Tina Stretch
2633 W. Morse
Chicago, IL 60645


Tobby Fried
1434 W Belle Plaine
CHICAGO, IL 60613


Todd Mollan
207 Dawson Avenue
Rockville, MD 20850


Todd Stura
611 W. Barry Ave #4W
chicago, IL 60657


Tom Long
564 N Beachwood Dr.
Los Angeles, CA 90004


Tom McDougal
4801 S. Kenwood Ave.
Chicago, IL 60615


Toni Bunch
385 Lawndale Ave
CAMPBELL, CA 95008


Toni Cannova
719 N Hoyne #3
CHICAGO, IL 60612


Toni Deleo
3736 S. Emerald
Chicago, IL 60609


Toni Gagan
2885 Shannon Lane
New Lenox, IL 60451

Toni Morin
3215 N Francisco, #2N
CHICAGO, IL 60618

Tonya Southard
1516 N Sedgwick Coach house
Chicago, IL 60610

Tracey Steffora
1724 W. Farragut
CHICAGO, IL 60640

Traci Whymer
1818 N. Paulina St, Apt 3R
Chicago, IL 60622

Tracy Demitropoulos
1024 W. Byron
Chicago, IL 60613

Tracy Moore
830 N. Lombard Ave
Oak Park, IL 60302

Tracy Singer
3523 W. Berteau #1W
Chicago, IL 60618

Tracy Williams
1738 W. Fletcher
Chicago, IL 60657

Tracy Yednock
4645 Lake Trail Drive Apt 1A
Lisle, IL 60532

Transfirst Merchant Processing
12202 Airport Way
Suite 100
Broomfield, CO 80021

Trevor Quan
3989 Bradley Road
Westlake, OH 44145-5008

Tristan Hanson
5042 N Levitt, #3
CHICAGO, IL 60625


Valerie Callozzo
2745 N Greenview
Chicago, IL 60614


Valjean Hunt
8315 S Yates
CHICAGO, IL 60617


Vallie Henry
230 W Division St, #1508
CHICAGO, IL 60610


Vanessa Horton
8 E. Randolph #2403
Chicago, IL 60601


Vanessa Vincent
9727 S. Oakley Ave.
Chicago, IL 60643


Vernice Thorn
1647 W Farwell
Chicago, IL 60626


Veronica Corzo-Duchardt
1347 W Carmen Ave 3W
Chicago, IL 60640


Veronica Falls
8058 S Sacramento
Chicago, IL 60657


Victoria Dalton
2850 N Sheridan Rd #1017
CHICAGO, IL 60657


Vinh Dang
79 Stirling Lane
Willowbrook, IL 60527

Virginia Olenick
200 N. Dearborn 3101
Chicago, IL 60601

Virginia Peer
5220 W. Warner
Chicago, IL 60641

Vita Lerman
546 W Briar 1A
Chicago, IL 60657

Viviana Fernandini
3126 N. Nordica
Chicago, IL 60634

W Dalmatian
3300 W. Beach Ave
CHICAGO, IL 60651

Walter Nini
849 W. Fletcher St.
Chicago, OH 60657

Walter Vargas
3401 N Ravenswood Ave # 504
Chicago, IL 60613

Warren Milstead
932 B Shotwell St
San Francisco, CA 94110

Waste Management
700 E. Butterfield Road
4th Floor
Lombard, IL 60148

Wendolyne Sanchez
916 W 35th street
Chicago, IL 60629

Wendy Hubert
4365 Southmoor Ln
West Bloomfield, MI 48323

Wendy Kotrba
5051 N. Drake Ave.
Chicago, IL 60625


William Jenkins
4342 N. Damen Ave.
Chicago, IL 60618


William McCabe
17 Evergreen Way
Sleepy Hollow, NY 10591


William Schlesser
1319 W Nelson
Chicago, IL 60657


William Weinberg
2245 N. Janssen Ave., 1F
Chicago, IL 60614


Willy Nelson
1250 W Montrose Ave
Chicago, IL 60613


Wilson Hogan
4421 N. Lawndale Ave
Chicago, IL 60625


Yekaterina Pogrebitskaya
4116 w Melrose st
chicago, IL 60641


Ylda Capriccioso
550 W. Surf, #109
Chicago, IL 60657


Yolanda Ramirez
3823 S. Archer
Chicago, IL 60638


Yvette Wesley
1861 S. Karlov 2nd Fl
Chicago, IL 60623

Yvonne Yosseif
1410 Belmont Apt 2
Chicago, IL 60657


Zak Piper
4241 N Parkside Ave
Chicago, IL 60657

# United States Bankruptcy Court
## Northern District of Illinois

In re   __The Women's Gym DBA Thousand Waves Spa__                          Case No. _____

_____Debtor(s)_____      Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __The Women's Gym DBA Thousand Waves Spa__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July 25, 2014__                                    __/s/ Eric T. Perry__
Date                                                 __Eric T. Perry__
                                                     Signature of Attorney or Litigant
                                                     Counsel for   __The Women's Gym DBA Thousand Waves Spa__
                                                     __Law Offices of Eric t. Perry__
                                                     **725 E. Dundee Road - Suite 204**
                                                     **Arlington Heights, IL 60004**
                                                     **(847) 465-0007 Fax: (847) 278-8444**
                                                     **perry1013@att.net**